# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| COLIN C. RUDY, on Behalf of Himself and Others Similar Situated, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 3:08-CV-00904-L** |
| CONSOLIDATED RESTAURANT COMPANIES, INC., et al., | § § § | |
| **Defendants.** | § § § | |

---

## SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

Mark A. Shank
State Bar No. 18090800
Bridget A. Blinn
State Bar No. 24045510
GRUBER HURST JOHANSEN & HAIL, LLP

1445 Ross Ave., Suite 2500
Dallas, Texas 75202
Telephone:     214.855.6800
Facsimile:     214.855.6808

Royce West
State Bar No. 21206800
Derrell Coleman
State Bar No. 04558550

320 S. R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
214-941-1881
(214) 941-1399 (fax)

ATTORNEYS FOR DEFENDANTS

| Ex. No. | Document Description | App. |
|---------|---------------------|------|
| 1. | Declaration of Roy Anderson and Audit Notes | 1-25 |
| 2. | Declaration of Clayton Killam and Audit Notes | 26-75 |

Respectfully submitted,

  /s/ Bridget A. Blinn

Mark A. Shank
State Bar No. 18090800
Bridget A. Blinn
State Bar No. 24045510
GRUBER HURST JOHANSEN & HAIL, LLP

1445 Ross Ave., Suite 2500
Dallas, Texas 75202
Telephone:      214.855.6800
Facsimile:      214.855.6808

Royce West
State Bar No. 21206800
Derrell Coleman
State Bar No. 04558550

320 S. R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
214-941-1881
(214) 941-1399 (fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, I served a copy of the above and foregoing on all counsel of record via the Court's ECF system.

s/ Bridget A. Blinn
Bridget A. Blinn

**SUPPLEMENTAL APPENDIX IN SUPPORT OF  DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

## DECLARATION OF ROY ANDERSON

1.    My name is Roy Anderson.  I am over 21 years old and am in all ways competent to make this declaration.  I am Risk Manager for Consolidated Restaurant Operations, Inc. ("CRO").  I have never been convicted of a felony or misdemeanor involving moral turpitude.  I have personal knowledge of the facts stated herein and affirm that they are all true and correct.

2.    From May 1, 2000 to April 27, 2006, I served as an Internal Auditor for CRO.  In that capacity, one of my responsibilities was auditing restaurants to ensure compliance with CRO policies.

3.    On May 27, 2004 and April 28, 2005, I audited the Silver Fox restaurant in Fort Worth. A true and correct copy of my audit notes for the May 27, 2004 audit is attached hereto as Exhibit A.  A true and correct copy of my audit notes for April 28, 2005 is attached hereto as Exhibit B.

4.    On both May 27, 2004 and April 28, 2005, I checked to ensure that the federal "5-in-1" poster was posted in the Silver Fox restaurant.  It was located in the area where servers pick up food from the kitchen, right outside the office, clearly visible to all restaurant staff.

5.    I ensured that the poster was current and contained the correct minimum wage provision at each audit.  At the 2004 audit, I marked off each item with a checklist.  I did not do so in 2005, but I am certain that the poster was there at that time.

I declare under penalty of perjury that the foregoing is true and correct.

ROY ANDERSON, DECLARANT

EXHIBIT
1

Revised 05/2004

# ALOHA RESTAURANT

TO: _John Saleeby_

FROM: _Roy Anderson_

SUBJECT: RESTAURANT AUDIT

DATE: _5/28/04_

AUDIT DATE: _5/27/04_

LAST AUDIT: _N/A_

cc: _M. Crown_
    _N. Garvey_
    _R. Weaver_

THE AUDIT OF RESTAURANT # _621_ RESULTED IN A GRADE OF " _D_ " AS FOLLOWS:

☑ RESPONSE REQUIRED          RESTAURANT VISIT SCORE _N/A_

## GRADING SCHEDULE

| CATEGORIES | CURRENT AUDIT | LAST AUDIT |
|---|---|---|
| 1. DEPOSITS | F | |
| 2. ALOHA SECURITY | B | |
| 3. RESTAURANT ACCOUNTING | C | |
| 4. SERVER CHECKOUTS & TIP SHARE | A | |
| 5. ADMINISTRATIVE PROCEDURES | F | |
| 6. LIQUOR REPORTS | F | |
| 7. UNIT SECURITY | F | |
| 8. I-9's | A | |
| OVERALL GRADE | D | |
| | (1.625) | |

OVERALL GRADING SCALE

| | | | |
|---|---|---|---|
| 3.5 | - | 4.0 | = A |
| 3.0 | - | 3.49 | = B |
| 2.0 | - | 2.99 | = C |
| 1.0 | - | 1.99 | = D |
| 0.0 | - | .99 | = F |

Area Supervisor _N. Garvey_

### CRITICAL FOUR RESULTS

| Category | Bonus/Fine | Total |
|---|---|---|
| Edit Punch | $0 / $(50) -$100 | |
| Admin. Files | $0 / $50 / ($100) | |
| Liq. Permits | $0 / $50 / ($100) | |
| I-9's | $0 ($50) -$100 | |

Total Bonus/Fine $ _-100_

I-9 BONUS ($250) (YES) / NO

EXHIBIT
_A_

tabbies

3793

GRADING DEPOSITS

1. DEPOSIT SLIP NOT VERIFIED
   WITH TWO MANAGER'S INITIALS.
   5 PTS. EACH  (25 PTS. MAX)

   *ok*

2. DEPOSIT SLIPS & ARMORED CAR
   RECEIPTS NOT RETAINED 3
   PERIODS.
   5 PTS. EACH  (25 PTS. MAX)

   *ok*

3. DEPOSIT ACCURACY
   25 PTS.

4. LATE DEPOSITS
   1 LATE = 10 PTS
   2 LATE = 20 PTS
   3 LATE = 50 PTS

RECOMMENDATIONS

[  ] THE DEPOSIT SHOULD BE VERIFIED
     BY BOTH THE CLOSING & THE OPENING
     MANAGERS & BOTH SHOULD INITIAL THE
     DEPOSIT SLIP.

[  ] THE RETENTION PERIOD FOR
     DEPOSIT SLIPS & ARMORED CAR RECEIPTS
     IS THREE FULL PERIODS.  THEY SHOULD BE
     KEPT SEPARATELY IN DATE ORDER.

[ ✓ ] ALL DEPOSITS MUST BE ACCURATE.
     NO DEPOSIT MAY BE "ROUNDED OFF". ALL CURRENCY,
     COIN AND CHECKS MUST BE LISTED SEPERATELY.

[ ✓ ] DEPOSITS ARE TO BE MADE DAILY PRIOR
     TO 2:00PM.

COMMENTS: _____

3) rounding deposits

4.) Not making daily
deposits. Appears
deposits made every
2-3 days

1

**TOTAL PTS.**

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

-75

F

3794

GRADING ALOHA SECURITY

1.  *N/A*  MANAGERS NOT USING
SWIPE CARDS AT TERMINALS.
40 PTS.

(2)  MUST USE MAG CARD BOX
BOX – NOT CHECKED.
10 PTS EACH. (40 PTS. MAX)

3.  *ok*  CREDIT CARD BATCHES NOT
SETTLED ON A DAILY BASIS.
25 PTS. EACH

4.  *ok*  ALOHA EMPLOYEE ACCESS
20 PTS.

RECOMMENDATIONS

[  ]  SWIPE CARDS MUST BE USED AS A
SECURITY MEASURE AGAINST THEFT.

[ ✓ ]  ALL EMPLOYEES WHO HAVE ACCESS
TO THE ALOHA SYSTEM MUST USE MAG CARDS
WHEN ACCESSING THE ALOHA SYSTEM.

[  ]  CREDIT CARD BATCHED MUST BE
SETTLED AT THE END OF EACH DAY'S
BUSINESS.

[  ]  ALOHA EMPLOYEE ACCESS LIST
MUST BE CURRENT AND MATCH THE ACTIVE EMPLOYEE
ROSTER.

TOTAL PTS.

| SCALE | | |
|---|---|---|
| 100-90 | = | A |
| 89-80 | = | B |
| 79-70 | = | C |
| 69-60 | = | D |
| BELOW 60 | = | F |

COMMENTS: _____

-10  2.) PM BAR – Mag card not ✓

-10  J. Spleeby – "  "  "  "

3.) reviewed CC Batches
5/6 to present. ok

4.) (2) term employees
still in Aloha Access.
Mgr. will remove.

*-20*

*B*

2

3795

Supp. App. 4

| RESTAURANT ACCOUNTING | RECOMMENDATIONS |
|---|---|

DAILY ENVELOPES
MUST INCLUDE:

[ ]   ALL DAILY ENVELOPES MUST BE
      SUBMITTED TO THE CORPORTATE OFFICE.

- 5 PTS EA.   ALOHA SALES REPORT

[ ]   ALL EXPENSES & INCOME SHOWN
      ON THE DAILY SALES REPORT MUST HAVE
      BACKUP IN THE DAILY ENVELOPE.

- 5 PTS EA.   CREDIT CARD SLIPS AND
  EDC TRANSACTION
  REPORT

[ ]   THE EDC REPORT MUST BE RUN FOR
      THE CORRECT DAY'S BUSINESS & PLACED
      IN THE DAILY ENVELOPE.

- 5 PTS EA.   VOID REPORT REVIEWED
  AND SIGNED BY
  MANAGEMENT

[ ]   ALL VOID REPORTS MUST BE
      REVIEWED AND SIGNED BY A MANAGER.

- 5 PTS EA.   AUDIT REPORT REVIEWED
  AND SIGNED BY
  MANAGER

[ ]   ALL AUDIT REPORTS MUST BE
      REVIEWED AND SIGNED BY A MANAGER.

- 5 PTS EA.   GIFT CERTIFICATES NOT
  VOIDED AT THE TIME
  OF REDEMPTION

[ ]   ALL OFF LINE GIFT CERTIFICATES AND VIP
      CARDS SHOULD BE VOIDED AT THE TIME OF
      REDEMPTION.

- 5 PTS EA.   DOCUMENTS/RECEIPTS FOR
  ALL CASH PAIDOUTS

[ ✓ ]   SUPPORTING DOCUMENTATION
        MUST BE INCLUDED IN THE DSR.

_-25_ PTS.

COMMENTS: _____

*(14) misc. payouts - no receipts*
*($572.86) See Attached*

*✱ will go to CASH O/S.*

TOTAL PTS.

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

-25

C

3

3796

Supp. App. 5

## SERVER CHECKOUT, TIP SHARE & EDITED PUNCHES

### RECOMMENDATIONS

1. INFORMATION ON CHECKOUT REPORT IS COMPLETE AND INCLUDES: ALL CREDIT CARD RECEIPTS, ALL GIFT CERTIFICATES AND PROMOTIONAL COUPONS, AND CASH RECEIVED FROM SERVER. 35 PTS.

[  ] SERVER CHECKOUTS ARE PERFORMED EACH SHIFT AND REQUIRES MANAGEMENT TO VERIFY SUPPORTING DOCUMENTS PERTAINING TO CHECKOUT SHEET.

2. SERVER CHECKOUT REPORT SIGNED BY MANAGEMENT & RETAINED 3 PERIODS. 30 PTS.

[  ] CORPORATE POLICY STATES THAT SERVER CHECKOUTS BE RETAINED FOR THREE PERIODS AND SIGNED BY MANAGEMENT.

3. TIP SHARE CALCULATION SHEET RETAINED 3 PERIODS. 25 PTS.

[  ] TIP SHARE CALCULATION SHEET MUST BE RETAINED FOR 3 PERIODS.

4. TIP TRAC

[ ✓ ] ALL EMPLOYEES MUST SIGN TRAC REPORT WHEN RECEIVING PAYROLL CHECK. MANAGER WILL DOCUMENT AND COUNSEL THE (2) EMPLOYEES WITH THE LOWEST CASH TIP %.

5. EDITED PUNCH LIST NOT RETAINED FOR 3 YEARS AND NOT SIGNED BY EMPLOYEE AND MANAGER. 50 PTS.

[  ] THE EDITED PUNCH LIST MUST BE SIGNED BY THE EMPLOYEE WHO'S TIME IS BEING ADJUSTED AND MANAGER & RETAINED 3 YEARS.

6. EDITED PUNCH ACCURACY REVIEW 20 PTS. PER OCCURANCE

[  ] EDITED PUNCH LIST MUST REFLECT ACCURATE JOB CODE, TIME IN/OUT, RATE OF PAY, AND TIP DECLARATION.

7. PAYROLL CHECKS NOT DISTRIBUTED WITHIN TWO PAY PERIODS OR RETURNED TO PAYROLL. 25 PTS.

[  ] PAYROLL CHECKS MUST BE DISTRIBUTED WITHIN TWO PAY PERIODS OR RETURNED TO PAYROLL IN THE ENVELOPE PROVIDED.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### TOTAL PTS.

SCALE
100-90  = A
89-80   = B
79-70   = C
69-60   = D
BELOW 60 = F

4

3797

Supp. App. 6

| GRADING ADMINISTRATIVE PROCEDURES | RECOMMENDATIONS |
|---|---|
| 1.  EMPLOYEE FILES SHOULD INCLUDE THE FOLLOWING: | EMPLOYEE FILES MUST INCLUDE ALL OF THE FOLLOWING DOCUMENTS COMPLETED: |

- ORIENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

- ORENTATION CHEKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

- ASSOCIATE APPLICATION FOR EMPLOYMENT

- ASSOCIATE APPLICATION FOR EMPLOYMENT

- DRUG & ALCOHOL FREE WORKPLACE POLICY

- DRUG & ALCOHOL FREE WORKPLACE POLICY

- SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

- SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

- HAZARD COMMUNICATION TRAINING

- HAZARD COMMUNICATION TRAINING

- TIP REPORTING ACKNOWLEDGEMENT

- TIP REPORTING ACKNOWLEDGEMENT

- BLOODBORNE PATHOGENS POLICY

- BLOODBORNE PATHOGENS POLICY

- ASSOCIATE CONDITIONS OF EMPLOYMENT

- ASSOCIATE CONDITIONS OF EMPLOYMENT

ONE POINT FOR EACH PERCENTAGE POINT.
_____ PTS.

2.  EMPLOYEE FILES NOT RETAINED FOR 3 FULL YEARS FROM TERMINATION.
50 PTS.

[   ] RETENTION FOR EMPLOYEE FILES IS 3 FULL YEARS FROM TERMINATION.

TOTAL PTS.

| SCALE | |
|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

F

COMMENTS: 1.) MAjority of employee files do not contain Assoc. Advsn. Forms & Sig. doc.
- SEE Attached -

5

3798

GRADING LIQUOR REPORTS

RECOMMENDATIONS

1.   LIQUOR, BEER, & WINE
     INVOICES NOT RETAINED FOR AT
     LEAST TWO YEARS (TEXAS = FOUR
     YEARS).
     30 PTS.

[   ]   LIQUOR, BEER, & WINE INVOICES
        ARE TO BE RETAINED A MINIMUM OF
        TWO YEARS (TEXAS = FOUR YEARS).

2.   EMPLOYEES WITHOUT LIQUOR
     PERMITS.
     PASS/FAIL

[   ]   IN THOSE RESTAURANTS WHERE
        IT IS A REQUIREMENT, ALL SERVERS &
        BARTENDERS ARE REQUIRED TO HAVE
        A LIQUOR PERMIT.

## TEXAS ONLY

1.   PMIX RETAINED FOR AT LEAST
     FOUR YEARS.
     30 PTS.
N/A

[   ]   PMIX REPORTS ARE TO BE
        RETAINED A MINIMUM OF FOUR YEARS

2.   POOL FUND NOT COMPLETED IN
     FULL & RETAINED FOUR YEARS.
     *This includes Pool Fund Financials from Corporate
     Office and the Manual Calculation done by store
     Manager.*
     (TEXAS PRIVATE CLUB ONLY).
     30 PTS.
N/A

[   ]   THE POOL FUND LOG IS TO BE
        FULLY COMPLETED & RETAINED FOUR
        YEARS (TEXAS PRIVATE CLUB ONLY).

3.   30% REPLACEMENT STAMP NOT
     USED ON PMIX REPORT OR BAR
     TAPE (TEXAS PRIVATE CLUB
     ONLY).
     10 PTS.
N/A

[   ]   THE 30% REPLACEMENT STAMP
        IS TO BE USED ON ALL PMIX REPORTS OR
        BAR JOURNALS IN TEXAS PRIVATE
        CLUBS.

4.   "FELONY FOR WEAPONS POSTER"
     AND "TABC HOTLINE" POSTERS
     IN BAR AREA OF ALL TEXAS
     RESTAURANTS.
     ⃝YES⃝      NO

[   ]   IN ORDER TO SATISFY TABC
        REQUIREMENTS, BOTH POSTERS MUST
        BE POSTED IN THE BAR AREA OF ALL TEXAS
        RESTAURANTS.

⃝5.⃝ EMPLOYEES MUST HAVE TABC
     CERTIFICATION WITHIN 30 DAYS
     OF HIRE.
     50 PTS.

[ ✓ ]   EMPLOYEES MUST HAVE TABC
        CERTIFICATION WITHIN 30 DAYS OF HIRE

⃝6.⃝ TABC LIQUOR STAMP
     20 PTS.

[ ✓ ]   ALL LIQUOR BOTTLES MUST HAVE
        A TABC LIQUOR STAMP.

7.   LIQUOR CHECKS NOT RETAINED
     FOR A PERIOD OF ONE (1) YEAR.
     25 PTS.
N/A

[   ]   LIQUOR CHECKS MUST BE RETAINED
        FOR A PERIOD OF ONE (1) YEAR.

**TOTAL PTS.**

5.   COMMENTS: *TABC CERT.*

*M. Kuczynski - expired*

*B. Poe       - expired*

| SCALE | |
|-------|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

6

6.  (1) Bottle (Louis VIII) NO TABC STAMP

3799

## GRADING UNIT SECURITY

1. FRONT, REAR, AND SIDE ENTRIES UNLOCKED DURING NON-OPERATING HOURS, OR THE KITCHEN DOOR LEFT OPEN WITH NO MANAGER PRESENT.
50 PTS.

2. OFFICE DOOR LEFT OPEN OR UNLOCKED.
25 PTS.

3. DETEX ALARM OR PANIC BAR NOT ARMED.
25 PTS.

4. SAFE UNLOCKED (DAY LOCK).
50 PTS.

5. CASH IN ANY REGISTER DRAWER IN EXCESS OF $500 OVER BEGINNING BANK. CASH IN ANY OFFICE DRAWER IN EXCESS OF $500.
50 PTS.

## TOTAL PTS.

| SCALE | | |
|---|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

## RECOMMENDATIONS

[ ✓ ] ALL ENTRY DOORS MUST REMAIN LOCKED DURING NON-OPERATING HOURS.

[ ] THE KITCHEN DOOR MUST NEVER REMAIN OPEN UNLESS A MANAGER IS PRESENT.

[ ] THE OFFICE DOOR SHOULD REMAIN CLOSED & LOCKED AT ALL TIMES.

[ ] THE DETEX ALARM OR PANIC BAR SHOULD BE ARMED UNLESS A MANAGER IS PRESENT.

[ ] THE SAFE MUST REMAIN LOCKED AT ALL TIMES UNLESS A MANAGER IS CONDUCTING BUSINESS FROM IT.

[ ] CASH IN THE REGISTER DRAWER SHOULD BE KEPT TO A MINIMUM. CASH IN OFFICE DRAWER SHOULD BE KEPT TO A MINIMUM.

COMMENTS: _____

1.) rear Kitchen door left open for employee entry/delivery 2:50 pm no mgr. present.

7

3800

## EMPLOYEE I-9 FORMS & PROCEDURES

## RECOMMENDATIONS

1. NO GM INITIALS IN THE UPPER RIGHT HAND CORNER.
5 PTS. EACH.

[ ✓ ] THE GM MUST VERIFY EVERY I-9 & INITIAL IN THE UPPER RIGHT HAND CORNER.

2. EMPLOYEES WITHOUT AN I-9 ON FILE.
30 PTS.

[ ] ALL EMPLOYEES HIRED AFTER 11/06/86 MUST HAVE AN I-9 ON FILE BEFORE BEGINNING WORK.

3. EMPLOYEES WITH INCOMPLETE FORMS.
15 PTS.

[ ] ALL I-9'S MUST BE COMPLETED IN FULL.

4. EMPLOYEES WITH EXPIRED EMPLOYMENT AUTHORIZATION.
15 PTS.

[ ] ALL INS EMPLOYMENT AUTHORIZATIONS MUST HAVE A FUTURE EXPIRATION DATE.

5. CURRENT EMPLOYEE I-9'S NOT PROPERLY RETAINED.
20 PTS.

[ ] CURRENT EMPLOYEE I-9'S MUST BE RETAINED IN A 3-RING BINDER IN ALPHABETICAL ORDER.

6. TERMINATED BINDERS NOT PROPERLY RETAINED.
20 PTS.

[ ] TERMINATED I-9'S MUST BE RETAINED ALPHABETICALLY IN A 3-RING BINDER, LABELED & STORED AT THE END OF EACH CALENDAR YEAR.

7. I-9 GUIDEBOOK NOT SIGNED.
0 PTS.

[ ] ALL MANAGEMENT & HOURLY EMPLOYEES WHO COMPLETE I-9'S AS A REPRESENTATIVE MUST SIGN THE I-9 GUIDEBOOK.

### TOTAL PTS.

| SCALE | |
|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

- 5

*A*

COMMENTS: _____

- 5 E. Germinario - No mgr. initial

_____

Perfect I-9's
$250.00 bonus

_____

8

3801

LICENSES, PERMITS & POSTERS

ARE THE FOLLOWING POSTERS UP?

HUMAN RESOURCES

| | | |
|---|---|---|
| 5 IN 1 POSTER | YES ✓ | NO _____ |
| SEXUAL HARASSMENT POLICY (FLORIDA, TEXAS, AND NEW YORK - SPANISH AND ENGLISH) | YES ✓ | NO _____ |
| PAYDAY LAW | YES ✓ | NO _____ |
| STATE COMPLIANCE KIT | YES ✓ | NO _____ |

RISK MANAGEMENT POSTERS

| | | |
|---|---|---|
| MEDICAL PROVIDER LISTING | YES _____ | NO _____ |
| MSDS BOOK AND HAZCOMM | YES ✓ | NO _____ |
| ACCIDENT/ INCIDENT HOTLINE POSTER IN OFFICE | YES ✓ | NO _____ |
| MANDATORY FOOTWARE POLICY | YES _____ | NO ✓ |
| MANDATORY FLOOR MAT POLICY | YES _____ | NO ✓ |
| MANDATORYFLOOR CLEANING PROCEDURES POSTER (MONDAY) | YES _____ | NO ✓ |
| MANDATORY FLOOR CLEANING PROCEDURES POSTER (TUESDAY -- SUNDAY) | YES _____ | NO ✓ |
| THE RIGHT TOOLS POSTER | YES _____ | NO ✓ |
| NOTICE TO EMPLOYEES CONCERNING WORKERS' COMPENSATION IN TEXAS | YES _____ | NO ✓ |
| NOTICE TO WORKERS' COMPENSATION ALL OTHER STATES | YES _____ | NO ✓ |
| TEXAS PAYDAY NOTICE (ENGLISH AND SPANISH) | YES ✓ | NO _____ |
| CHOKING POSTER  (ENGLISH AND SPANISH) | YES _____ | NO ✓ |

9

3802

ARE EMPLOYEES WEARING NON-SKID
SOLE SHOES?                          YES_____     NO__/__

FLOOR CONDITION?                     EXCELLENT  GOOD  BAD   (circle one)

ARE QUEST DRUG FORMS AVAILABLE?      YES__/__    NO_____

10

# Restaurant Visit Report

To: _____
From: _____
Date: _____
Subject: _____

| MANAGEMENT TEAM | YES | NO |
|---|---|---|
| 100% Table Visits by MOD | | |
| Managers and Associates use Confident Speak | | |
| Crisp, Logo Uniform, name tag | | |
| **STANDARDIZED TRAINING** | | |
| Server Training Packet used, Tests in Files | | |
| Alley Rallies happening 2x a day | | |
| Manager Meetings 1 per week, with notes | | |
| CT's for all departments, certificates hung | | |
| Flip Charts used for all training | | |
| Best Practices followed, managers carrying focus cards | | |
| **STEPS OF SERVICE HIT** | | |
| Service is friendly, all employees smiling | | |
| Steps of Service nailed | | |
| Fast Check and Change; lunch within 2 minutes | | |
| Thank You on every guest check | | |
| Server contests in place, results posted | | |
| Server scripting nailed | | |
| Leather feature tents used properly | | |
| Current PEA's posted | | |
| All menu covers pristine, enough on hand | | |
| Proper POP on all tables | | |
| **PROPER HOST GREET/SALUTATION** | | |
| Guests get a friendly greet, proper script | | |
| Guests thanked and invited to return | | |
| Proper phone greet, friendly, proper script | | |
| Brilliant restrooms, 10 minute checklist in use | | |
| **SAFETY** | | |
| Back door, office locked | | |
| No wet floors, floor mats used | | |

| CLEAN AND ORGANIZED | YES | NO |
|---|---|---|
| Cleaning systems, bathroom checks | | |
| Sanitation Checklist in use | | |
| All food product is dated | | |
| All kitchen equipment clean and good repair | | |
| All refrigeration has working thermometer, proper temps | | |
| Proper hand washing procedures in place | | |
| Hot box has working thermometer, at proper temp | | |
| Lighting / music adjusted and working order | | |
| FOH and BOH clean and good repair | | |
| Proper water supply (hot & cold) drains work properly | | |
| Dish machine, soap, sanitizer, and temps correct | | |
| No food particles on clean plates and utensils | | |
| All food bins labeled, covered and clean | | |
| No evidence of roaches, flies, insects, or rodents | | |
| No cross contamination of food products | | |
| Toxic items, chemicals, labeled & stored properly | | |
| All landscaping pristine, lights, signage working | | |
| **AUDIT** | | |
| Employee files complete, Application, NAD, Advisor I-9's correct | | |
| Orientation checklist signed off by associate & GM | | |
| All servers and bartenders have proper license or cert. | | |
| All local food handlers permits on file | | |

MOD Name _____

Inspector Name _____

Total Score

Comments:

Revised 05/2004

## ALOHA RESTAURANT

TO: _Syed Raza_
FROM: _Roy Anderson_
SUBJECT: RESTAURANT AUDIT
DATE: _5/6/05_

AUDIT DATE: _4/28/05_
LAST AUDIT: _11/10/04_

cc: _M. Camp_
_N. Garvey_
_R. Weaver_

THE AUDIT OF RESTAURANT # _621_ RESULTED IN A GRADE OF " _A_ " AS FOLLOWS:

☑ RESPONSE REQUIRED          RESTAURANT VISIT SCORE _N/A_

### GRADING SCHEDULE

| CATEGORIES | | CURRENT AUDIT | LAST AUDIT |
|---|---|---|---|
| 1. | DEPOSITS | A | A |
| 2. | ALOHA SECURITY | A | B |
| 3. | RESTAURANT ACCOUNTING | A | C |
| 4. | SERVER CHECKOUTS & TIP SHARE | A | A |
| 5. | ADMINISTRATIVE PROCEDURES | A | A |
| 6. | LIQUOR REPORTS | F | A |
| 7. | UNIT SECURITY | A | A |
| 8. | I-9's | A | A |
| | OVERALL GRADE | A | A |
| | | (3.5) | |

OVERALL GRADING SCALE

| | | | |
|---|---|---|---|
| 3.5 | - | 4.0 | = A |
| 3.0 | - | 3.49 | = B |
| 2.0 | - | 2.99 | = C |
| 1.0 | - | 1.99 | = D |
| 0.0 | - | .99 | = F |

Area Supervisor _N. Garvey_

### CRITICAL FOUR RESULTS

| Category | Bonus/Fine | Total |
|---|---|---|
| Edit Punch | $0 / $50 / -$100 | |
| Admin. Files | $0 / $50 / -$100 | |
| Liq. Permits | $0 / $50 / -$100 | |
| I-9's | $0 / $50 / -$100 | |
| | Total Bonus/Fine | $ |
| | I-9 BONUS ($250) | YES (NO) |

**EXHIBIT**

_B_

3781

## GRADING DEPOSITS

1. DEPOSIT SLIP NOT VERIFIED
   WITH TWO MANAGER'S INITIALS.
   5 PTS. EACH  (25 PTS. MAX)

2. DEPOSIT SLIPS & ARMORED CAR
   RECEIPTS NOT RETAINED 3
   PERIODS.
   5 PTS. EACH  (25 PTS. MAX)

3. DEPOSIT ACCURACY
   25 PTS.

4. LATE DEPOSITS
   1 LATE = 10 PTS
   2 LATE = 20 PTS
   3 LATE = 50 PTS

## RECOMMENDATIONS

[  ]  THE DEPOSIT SHOULD BE VERIFIED
      BY BOTH THE CLOSING & THE OPENING
      MANAGERS & BOTH SHOULD INITIAL THE
      DEPOSIT SLIP.

[  ]  THE RETENTION PERIOD FOR
      DEPOSIT SLIPS & ARMORED CAR RECEIPTS
      IS THREE FULL PERIODS.  THEY SHOULD BE
      KEPT SEPARATELY IN DATE ORDER.

[  ]  ALL DEPOSITS MUST BE ACCURATE.
      NO DEPOSIT MAY BE "ROUNDED OFF". ALL CURRENCY,
      COIN AND CHECKS MUST BE LISTED SEPERATELY.

[  ]  DEPOSITS ARE TO BE MADE DAILY PRIOR
      TO 2:00PM.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____
                                      1

## TOTAL PTS.

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

3782

Supp. App. 15

GRADING ALOHA SECURITY

1.
MANAGERS NOT USING
SWIPE CARDS AT TERMINALS.
40 PTS.

2.
MUST USE MAG CARD BOX
BOX – NOT CHECKED.
10 PTS EACH. (40 PTS. MAX)

CREDIT CARD BATCHES NOT
SETTLED ON A DAILY BASIS.
25 PTS. EACH

4.
ALOHA EMPLOYEE ACCESS
20 PTS.

RECOMMENDATIONS

[  ]   SWIPE CARDS MUST BE USED AS A
SECURITY MEASURE AGAINST THEFT.

[  ]   ALL EMPLOYEES WHO HAVE ACCESS
TO THE ALOHA SYSTEM MUST USE MAG CARDS
WHEN ACCESSING THE ALOHA SYSTEM.

[  ]   CREDIT CARD BATCHED MUST BE
SETTLED AT THE END OF EACH DAY'S
BUSINESS.

[  ]   ALOHA EMPLOYEE ACCESS LIST
MUST BE CURRENT AND MATCH THE ACTIVE EMPLOYEE
ROSTER.

**TOTAL PTS.**

SCALE
100-90        = A
89-80         = B
79-70         = C
69-60         = D
BELOW 60      = F

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ 2

3783

Supp. App. 16

| RESTAURANT ACCOUNTING | RECOMMENDATIONS |
|---|---|

DAILY ENVELOPES
MUST INCLUDE:

[   ]   ALL DAILY ENVELOPES MUST BE
        SUBMITTED TO THE CORPORTATE OFFICE.

- 5 PTS EA.   ALOHA SALES REPORT

[   ]   ALL EXPENSES & INCOME SHOWN
        ON THE DAILY SALES REPORT MUST HAVE
        BACKUP IN THE DAILY ENVELOPE.

- 5 PTS EA.   CREDIT CARD SLIPS AND
              EDC TRANSACTION
              REPORT

[   ]   THE EDC REPORT MUST BE RUN FOR
        THE CORRECT DAY'S BUSINESS & PLACED
        IN THE DAILY ENVELOPE.

- 5 PTS EA.   VOID REPORT REVIEWED
              AND SIGNED BY
              MANAGEMENT

[   ]   ALL VOID REPORTS MUST BE
        REVIEWED AND SIGNED BY A MANAGER.

- 5 PTS EA.   AUDIT REPORT REVIEWED
              AND SIGNED BY
              MANAGER

[   ]   ALL AUDIT REPORTS MUST BE
        REVIEWED AND SIGNED BY A MANAGER.

- 5 PTS EA.   GIFT CERTIFICATES NOT
              VOIDED AT THE TIME
              OF REDEMPTION

[   ]   ALL OFF LINE GIFT CERTIFICATES AND VIP
        CARDS SHOULD BE VOIDED AT THE TIME OF
        REDEMPTION.

- 5 PTS EA.   DOCUMENTS/RECEIPTS FOR
              ALL CASH PAIDOUTS

[   ]   SUPPORTING DOCUMENTATION
        MUST BE INCLUDED IN THE DSR.

_____PTS.

COMMENTS: _____

TOTAL PTS.

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3

3784

**SERVER CHECKOUT, TIP SHARE &**
**EDITED PUNCHES**

**RECOMMENDATIONS**

1. INFORMATION ON CHECKOUT
REPORT IS COMPLETE AND
INCLUDES:  ALL CREDIT CARD
RECEIPTS, ALL GIFT CERTIFICATES
AND PROMOTIONAL COUPONS,
AND CASH RECEIVED FROM SERVER.
35 PTS.

[   ] SERVER CHECKOUTS ARE
PERFORMED EACH SHIFT AND REQUIRES
MANAGEMENT TO VERIFY SUPPORTING
DOCUMENTS PERTAINING TO CHECKOUT
SHEET.

2. SERVER CHECKOUT REPORT
SIGNED BY MANAGEMENT &
RETAINED 3 PERIODS.
30 PTS.

[   ] CORPORATE POLICY STATES THAT
SERVER CHECKOUTS BE RETAINED FOR
THREE PERIODS AND SIGNED BY
MANAGEMENT.

3. TIP SHARE CALCULATION
SHEET RETAINED 3 PERIODS.
25 PTS.

[   ] TIP SHARE CALCULATION SHEET
MUST BE RETAINED FOR 3 PERIODS.

4. TIP TRAC

[ ✓ ] ALL EMPLOYEES MUST SIGN TRAC
REPORT WHEN RECEIVING PAYROLL CHECK.
MANAGER WILL DOCUMENT AND COUNSEL
THE (2) EMPLOYEES WITH THE LOWEST CASH
TIP %.

5. EDITED PUNCH LIST NOT RETAINED
FOR 3 YEARS AND NOT SIGNED
BY EMPLOYEE AND MANAGER.
50 PTS.

[   ] THE EDITED PUNCH LIST MUST BE
SIGNED BY THE EMPLOYEE WHO'S TIME
IS BEING ADJUSTED AND MANAGER &
RETAINED 3 YEARS.

6. EDITED PUNCH ACCURACY REVIEW
20 PTS. PER OCCURANCE

[   ] EDITED PUNCH LIST MUST REFLECT
ACCURATE JOB CODE, TIME IN/OUT, RATE
OF PAY, AND TIP DECLARATION.

7. PAYROLL CHECKS NOT DISTRIBUTED
WITHIN TWO PAY PERIODS OR
RETURNED TO PAYROLL.
25 PTS.

[   ] PAYROLL CHECKS MUST BE
DISTRIBUTED WITHIN TWO PAY PERIODS
OR RETURNED TO PAYROLL IN THE
ENVELOPE PROVIDED.

COMMENTS: _____

**TOTAL PTS.**

_____

SCALE

_____

| | |
|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

_____

_____

_____

_____

_____

_____

4

3785

<u>GRADING ADMINISTRATIVE PROCEDURES</u>

<u>RECOMMENDATIONS</u>

1.  EMPLOYEE FILES SHOULD
    INCLUDE THE FOLLOWING:

    EMPLOYEE FILES MUST INCLUDE ALL OF
    THE FOLLOWING DOCUMENTS COMPLETED:

    - ORIENTATION CHECKLIST
      SIGNED BY THE EMPLOYEE
      AND MANAGEMENT

    - ORENTATION CHEKLIST SIGNED BY
      THE EMPLOYEE AND MANAGEMENT

    - ASSOCIATE APPLICATION FOR
      EMPLOYMENT

    - ASSOCIATE APPLICATION FOR
      EMPLOYMENT

    - DRUG & ALCOHOL FREE
      WORKPLACE POLICY

    - DRUG & ALCOHOL FREE WORKPLACE
      POLICY

    - SEXUAL HARASSMENT POLICY
      AGREEMENT & ZERO TOLERANCE
      OF SEXUAL HARASSMENT

    - SEXUAL HARASSMENT POLICY
      AGREEMENT & ZERO TOLERANCE OF
      SEXUAL HARASSMENT

    - HAZARD COMMUNICATION
      TRAINING

    - HAZARD COMMUNICATION TRAINING

    - TIP REPORTING
      ACKNOWLEDGEMENT

    - TIP REPORTING ACKNOWLEDGEMENT

    - BLOODBORNE PATHOGENS
      POLICY

    - BLOODBORNE PATHOGENS POLICY

    - ASSOCIATE CONDITIONS OF
      EMPLOYMENT

    - ASSOCIATE CONDITIONS OF
      EMPLOYMENT

    ONE POINT FOR EACH PERCENTAGE
    POINT.
    _____ PTS.

2.  EMPLOYEE FILES NOT RETAINED
    FOR 3 FULL YEARS FROM
    TERMINATION.
    50 PTS.

    [   ] RETENTION FOR EMPLOYEE FILES IS
          3 FULL YEARS FROM TERMINATION.

<u>TOTAL PTS.</u>

COMMENTS: _____

<u>SCALE</u>
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

_____

_____

_____

_____

_____

_____

_____

5

3786

## GRADING LIQUOR REPORTS

## RECOMMENDATIONS

1.  LIQUOR, BEER, & WINE
    INVOICES NOT RETAINED FOR AT
    LEAST TWO YEARS (TEXAS = FOUR
    YEARS).
    30 PTS.

[   ]   LIQUOR, BEER, & WINE INVOICES
        ARE TO BE RETAINED A MINIMUM OF
        TWO YEARS (TEXAS = FOUR YEARS).

2.  EMPLOYEES WITHOUT LIQUOR
    PERMITS.
    PASS/FAIL

[   ]   IN THOSE RESTAURANTS WHERE
        IT IS A REQUIREMENT, ALL SERVERS &
        BARTENDERS ARE REQUIRED TO HAVE
        A LIQUOR PERMIT.

### TEXAS ONLY

1.  PMIX RETAINED FOR AT LEAST
    FOUR YEARS.
    30 PTS.

[   ]   PMIX REPORTS ARE TO BE
        RETAINED A MINIMUM OF FOUR YEARS

2.  POOL FUND NOT COMPLETED IN
    FULL & RETAINED FOUR YEARS.
    *This includes Pool Fund Financials from Corporate
    Office and the Manual Calculation done by store
    Manager.*
    (TEXAS PRIVATE CLUB ONLY).
    30 PTS.

[   ]   THE POOL FUND LOG IS TO BE
        FULLY COMPLETED & RETAINED FOUR
        YEARS (TEXAS PRIVATE CLUB ONLY).

3.  30% REPLACEMENT STAMP NOT
    USED ON PMIX REPORT OR BAR
    TAPE (TEXAS PRIVATE CLUB
    ONLY).
    10 PTS.

[   ]   THE 30% REPLACEMENT STAMP
        IS TO BE USED ON ALL PMIX REPORTS OR
        BAR JOURNALS IN TEXAS PRIVATE
        CLUBS.

4.  "FELONY FOR WEAPONS POSTER"
    AND "TABC HOTLINE" POSTERS
    IN BAR AREA OF ALL TEXAS
    RESTAURANTS.
    YES          NO

[   ]   IN ORDER TO SATISFY TABC
        REQUIREMENTS, BOTH POSTERS MUST
        BE POSTED IN THE BAR AREA OF ALL TEXAS
        RESTAURANTS.

5.  EMPLOYEES MUST HAVE TABC
    CERTIFICATION WITHIN 30 DAYS
    OF HIRE.
    50 PTS.

[ ✓ ]   EMPLOYEES MUST HAVE TABC
        CERTIFICATION WITHIN 30 DAYS OF HIRE

6.  TABC LIQUOR STAMP
    20 PTS.

[   ]   ALL LIQUOR BOTTLES MUST HAVE
        A TABC LIQUOR STAMP.

7.  LIQUOR CHECKS NOT RETAINED
    FOR A PERIOD OF ONE (1) YEAR.
    25 PTS.

[   ]   LIQUOR CHECKS MUST BE RETAINED
        FOR A PERIOD OF ONE (1) YEAR.

### TOTAL PTS.

COMMENTS: _TABC Cert._

_Syed Raza - No cands able_

SCALE
| | |
|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

6

3787

Supp. App. 20

GRADING UNIT SECURITY

RECOMMENDATIONS

1.  FRONT, REAR, AND SIDE ENTRIES
    UNLOCKED DURING NON-
    OPERATING HOURS, OR THE
    KITCHEN DOOR LEFT OPEN
    WITH NO MANAGER PRESENT.
    50 PTS.

[  ]  ALL ENTRY DOORS MUST REMAIN
      LOCKED DURING NON-OPERATING HOURS.

[  ]  THE KITCHEN DOOR MUST NEVER
      REMAIN OPEN UNLESS A MANAGER IS
      PRESENT.

2.  OFFICE DOOR LEFT OPEN OR
    UNLOCKED.
    25 PTS.

[  ]  THE OFFICE DOOR SHOULD REMAIN
      CLOSED & LOCKED AT ALL TIMES.

3.  DETEX ALARM OR PANIC BAR
    NOT ARMED.
    25 PTS.

[  ]  THE DETEX ALARM OR PANIC BAR
      SHOULD BE ARMED UNLESS A MANAGER
      IS PRESENT.

4.  SAFE UNLOCKED (DAY LOCK).
    50 PTS.

[  ]  THE SAFE MUST REMAIN LOCKED
      AT ALL TIMES UNLESS A MANAGER IS
      CONDUCTING BUSINESS FROM IT.

5.  CASH IN ANY REGISTER DRAWER
    IN EXCESS OF $500 OVER
    BEGINNING BANK. CASH IN ANY
    OFFICE DRAWER IN EXCESS OF
    $500.
    50 PTS.

[  ]  CASH IN THE REGISTER DRAWER
      SHOULD BE KEPT TO A MINIMUM. CASH
      IN OFFICE DRAWER SHOULD BE KEPT TO
      A MINIMUM.

### TOTAL PTS.

SCALE
100-90   = A
89-80    = B
79-70    = C
69-60    = D
BELOW 60 = F

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

3788

## EMPLOYEE I-9 FORMS & PROCEDURES

## RECOMMENDATIONS

1. NO GM INITIALS IN THE UPPER
RIGHT HAND CORNER.
5 PTS. EACH.

[  ] THE GM MUST VERIFY EVERY
I-9 & INITIAL IN THE UPPER RIGHT
HAND CORNER.

2. EMPLOYEES WITHOUT AN I-9 ON
FILE.
30 PTS.

[  ] ALL EMPLOYEES HIRED AFTER
11/06/86 MUST HAVE AN I-9 ON FILE BEFORE
BEGINNING WORK.

3. EMPLOYEES WITH INCOMPLETE
FORMS.
15 PTS.

[  ] ALL I-9'S MUST BE COMPLETED
IN FULL.

4. EMPLOYEES WITH EXPIRED
EMPLOYMENT AUTHORIZATION.
15 PTS.

[  ] ALL INS EMPLOYMENT
AUTHORIZATIONS MUST HAVE A
FUTURE EXPIRATION DATE.

5. CURRENT EMPLOYEE I-9'S NOT
PROPERLY RETAINED.
20 PTS.

[  ] CURRENT EMPLOYEE I-9'S MUST
BE RETAINED IN A 3-RING BINDER IN
ALPHABETICAL ORDER.

6. TERMINATED BINDERS NOT
PROPERLY RETAINED.
20 PTS.

[  ] TERMINATED I-9'S MUST BE
RETAINED ALPHABETICALLY IN A 3-RING
BINDER, LABELED & STORED AT THE END
OF EACH CALENDAR YEAR.

7. I-9 GUIDEBOOK NOT SIGNED.
0 PTS.

[  ] ALL MANAGEMENT & HOURLY
EMPLOYEES WHO COMPLETE I-9'S AS A
REPRESENTATIVE MUST SIGN THE I-9 GUIDEBOOK.

### TOTAL PTS.

COMMENTS: _____

SCALE

| | |
|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

(NO BONUS)

A

8

3789

<u>LICENSES, PERMITS & POSTERS</u>

<u>ARE THE FOLLOWING POSTERS UP?</u>

HUMAN RESOURCES

| | | |
|---|---|---|
| 5 IN 1 POSTER | YES_____ | NO_____ |
| SEXUAL HARASSMENT POLICY<br>(FLORIDA, TEXAS, AND NEW YORK<br>- SPANISH AND ENGLISH) | YES_____ | NO_____ |
| PAYDAY LAW | YES_____ | NO_____ |
| STATE COMPLIANCE KIT | YES_____ | NO_____ |

<u>RISK MANAGEMENT POSTERS</u>

| | | |
|---|---|---|
| MEDICAL PROVIDER LISTING | YES_____ | NO_____ |
| MSDS BOOK AND HAZCOMM | YES_____ | NO_____ |
| ACCIDENT/ INCIDENT HOTLINE<br>POSTER IN OFFICE | YES_____ | NO_____ |
| MANDATORY FOOTWARE POLICY | YES_____ | NO_____ |
| MANDATORY FLOOR MAT POLICY | YES_____ | NO_____ |
| MANDATORYFLOOR CLEANING<br>PROCEDURES POSTER (MONDAY) | YES_____ | NO_____ |
| MANDATORY FLOOR CLEANING<br>PROCEDURES POSTER<br>(TUESDAY – SUNDAY) | YES_____ | NO_____ |
| THE RIGHT TOOLS POSTER | YES_____ | NO_____ |
| NOTICE TO EMPLOYEES CONCERNING<br>WORKERS' COMPENSATION IN TEXAS | YES_____ | NO_____ |
| NOTICE TO WORKERS' COMPENSATION<br>ALL OTHER STATES | YES_____ | NO_____ |
| TEXAS PAYDAY NOTICE (ENGLISH AND<br>SPANISH) | YES_____ | NO_____ |
| CHOKING POSTER  (ENGLISH AND<br>SPANISH) | YES_____ | NO_____ |

9

ARE EMPLOYEES WEARING NON-SKID
SOLE SHOES?                                YES_____      NO_____


FLOOR CONDITION?                          EXCELLENT   GOOD   BAD   (circle one)

ARE QUEST DRUG FORMS AVAILABLE?           YES_____      NO_____

10

3791

## Restaurant Visit Report

To: _____
From: _____
Date: _____
Subject: _____

N/A

| MANAGEMENT TEAM | YES | NO |
|---|---|---|
| 100% Table Visits by MOD | | |
| Managers and Associates use Confident Speak | | |
| Crisp, Logo Uniform, name tag | | |
| **STANDARDIZED TRAINING** | | |
| Server Training Packet used, Tests in Files | | |
| Alley Rallies happening 2x a day | | |
| Manager Meetings 1 per week, with notes | | |
| CT's for all departments, certificates hung | | |
| Flip Charts used for all training | | |
| Best Practices followed, managers carrying focus cards | | |
| **STEPS OF SERVICE HIT** | | |
| Service is friendly, all employees smiling | | |
| Steps of Service nailed | | |
| Fast Check and Change; lunch within 2 minutes | | |
| Thank You on every guest check | | |
| Server contests in place, results posted | | |
| Server scripting nailed | | |
| Leather feature tents used properly | | |
| Current PEA's posted | | |
| All menu covers pristine, enough on hand | | |
| Proper POP on all tables | | |
| **PROPER HOST GREET/SALUTATION** | | |
| Guests get a friendly greet, proper script | | |
| Guests thanked and invited to return | | |
| Proper phone greet, friendly, proper script | | |
| Brilliant restrooms, 10 minute checklist in use | | |
| **SAFETY** | | |
| Back door, office locked | | |
| No wet floors, floor mats used | | |

| CLEAN AND ORGANIZED | YES | NO |
|---|---|---|
| Cleaning systems, bathroom checks | | |
| Sanitation Checklist in use | | |
| All food product is dated | | |
| All kitchen equipment clean and good repair | | |
| All refrigeration has working thermometer, proper temps | | |
| Proper hand washing procedures in place | | |
| Hot box has working thermometer, at proper temp | | |
| Lighting / music adjusted and working order | | |
| FOH and BOH clean and good repair | | |
| Proper water supply (hot & cold) drains work properly | | |
| Dish machine, soap, sanitizer, and temps correct | | |
| No food particles on clean plates and utensils | | |
| All food bins labeled, covered and clean | | |
| No evidence of roaches, flies, insects, or rodents | | |
| No cross contamination of food products | | |
| Toxic items, chemicals, labeled & stored properly | | |
| All landscaping pristine, lights, signage working | | |
| **AUDIT** | | |
| Employee files complete, Application, NAD, Advisor | | |
| I-9's correct | | |
| Orientation checklist signed off by associate & GM | | |
| All servers and bartenders have proper license or cert. | | |
| All local food handlers permits on file | | |

MOD Name _____

Inspector Name _____

Total Score

Comments:

3792

## DECLARATION OF CLAYTON KILLAM

1.      My name is Clayton Killam.  I am over 21 years old and am in all ways competent to make this declaration.  I am the Senior Director of Internal Audit for Consolidated Restaurant Operations, Inc. ("CRO").  I have never been convicted of a felony or misdemeanor involving moral turpitude.  I have personal knowledge of the facts stated herein and affirm that they are all true and correct.

2.      I have been Senior Director of Internal Audit since 2003.  In my capacity as Senior Director of Internal Audit, one of my responsibilities was auditing restaurants to ensure compliance with CRO policies.

3.      On January 25, 2007, March 20, 2008, April 22, 2009, and April 19, 2010, I audited the Silver Fox restaurant in Fort Worth.  A true and correct copy of my audit notes for the 2007 audit is attached hereto as Exhibit A.  A true and correct copy of my audit notes for 2008 audit is attached hereto as Exhibit B.  A true and correct copy of my audit notes for 2009 is attached hereto as Exhibit C.  A true and correct copy of my audit notes for 2010 is attached hereto as Exhibit D.

4.      At each audit, I checked to ensure that the federal "5-in-1" poster was posted in the Silver Fox restaurant.  It was located in the area where servers pick up food from the kitchen, right outside the office, clearly visible to all restaurant staff.  The poster informed employees of the minimum wage at the time of the audit.

5.      I ensured that the poster was current and contained the correct minimum wage provision at each audit.  At each audit, I marked off each item with a checklist.

I declare under penalty of perjury that the foregoing is true and correct.

CLAYTON KILLAM, DECLARANT

**EXHIBIT**

2

Revised 01/2005

## A L O H A   R E S T A U R A N T

TO: _Asif Raza_         AUDIT DATE: _1-25-07_
FROM: _Clayton Killon_      LAST AUDIT: _4-28-05_
SUBJECT: RESTAURANT AUDIT
DATE: _1-25-07_         cc: _____

THE AUDIT OF RESTAURANT # _621_ RESULTED IN A GRADE OF " _A_ " AS FOLLOWS:

❏  RESPONSE REQUIRED      RESTAURANT VISIT SCORE _n/a_

### GRADING SCHEDULE

| CATEGORIES | CURRENT AUDIT | LAST AUDIT |
|---|---|---|
| 1. DEPOSITS | A | A |
| 2. ALOHA SECURITY | A | A |
| 3. RESTAURANT ACCOUNTING | A | A |
| 4. SERVER CHECKOUTS & TIP SHARE | A | A |
| 5. ADMINISTRATIVE PROCEDURES | A | A |
| 6. LIQUOR REPORTS | A | F |
| 7. UNIT SECURITY | A | A |
| 8. I-9's | A | A |
| OVERALL GRADE | A | A |

OVERALL GRADING SCALE

| | | |
|---|---|---|
| 3.5 - 4.0 | = A |
| 3.0 - 3.49 | = B |
| 2.0 - 2.99 | = C |
| 1.0 - 1.99 | = D |
| 0.0 - .99 | = F |

Area Supervisor _Nick Garvey_

### CRITICAL FOUR RESULTS

| Category | Bonus/Fine | Total |
|---|---|---|
| Edit Punch | $0 / $50 / -$100 | |
| Admin. Files | $0 / $50 / -$100 | |
| Liq. Permits | $0 / $50 / -$100 | |
| I-9's | $0 / $50 / -$100 | |

Total Bonus/Fine   $_____

I-9 BONUS ($250)   YES/NO
TABC BONUS ($250)   YES/NO



EXHIBIT

A

3805

**GRADING DEPOSITS**

1.  DEPOSIT SLIP NOT VERIFIED
    WITH TWO MANAGER'S INITIALS.
    5 PTS. EACH  (25 PTS. MAX)

2.  DEPOSIT SLIPS & ARMORED CAR
    RECEIPTS NOT RETAINED 3
    PERIODS.
    5 PTS. EACH  (25 PTS. MAX)

3.  DEPOSIT ACCURACY
    25 PTS.

4.  LATE DEPOSITS
    1 LATE = 10 PTS
    2 LATE = 20 PTS
    3 LATE = 50 PTS

**RECOMMENDATIONS**

[   ]   THE DEPOSIT SHOULD BE VERIFIED
        BY BOTH THE CLOSING & THE OPENING
        MANAGERS & BOTH SHOULD INITIAL THE
        DEPOSIT SLIP.

[   ]   THE RETENTION PERIOD FOR
        DEPOSIT SLIPS & ARMORED CAR RECEIPTS
        IS THREE FULL PERIODS.  THEY SHOULD BE
        KEPT SEPARATELY IN DATE ORDER.

[   ]   ALL DEPOSITS MUST BE ACCURATE.
        NO DEPOSIT MAY BE "ROUNDED OFF". ALL CURRENCY,
        COIN AND CHECKS MUST BE LISTED SEPERATELY.

[   ]   DEPOSITS ARE TO BE MADE DAILY PRIOR
        TO 2:00PM.

COMMENTS: _Deposit must be_
_in Bank Daily._
_____
_____
_____
_____
_____
_____
_____

**TOTAL PTS.**

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

3806

Supp. App. 28

## GRADING ALOHA SECURITY

1. MANAGERS NOT USING
   SWIPE CARDS AT TERMINALS.
   40 PTS.

2. MUST USE MAG CARD BOX
   BOX – NOT CHECKED.
   10 PTS EACH. (40 PTS. MAX)

3. CREDIT CARD BATCHES NOT
   SETTLED ON A DAILY BASIS.
   25 PTS. EACH

4. ALOHA EMPLOYEE ACCESS
   20 PTS.

## RECOMMENDATIONS

[   ]  SWIPE CARDS MUST BE USED AS A
       SECURITY MEASURE AGAINST THEFT.

[   ]  ALL EMPLOYEES WHO HAVE ACCESS
       TO THE ALOHA SYSTEM MUST USE MAG CARDS
       WHEN ACCESSING THE ALOHA SYSTEM.

[   ]  CREDIT CARD BATCHED MUST BE
       SETTLED AT THE END OF EACH DAY'S
       BUSINESS.

[   ]  ALOHA EMPLOYEE ACCESS LIST
       MUST BE CURRENT AND MATCH THE ACTIVE EMPLOYEE
       ROSTER.

**TOTAL PTS.**

SCALE
100-90       = A
89-80        = B
79-70        = C
69-60        = D
BELOW 60     = F

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                                    2

3807

| RESTAURANT ACCOUNTING | RECOMMENDATIONS |
|---|---|

DAILY ENVELOPES
MUST INCLUDE:

[  ]  ALL DAILY ENVELOPES MUST BE
SUBMITTED TO THE CORPORATE OFFICE.

- 5 PTS EA.   ALOHA SALES REPORT

[  ]  ALL EXPENSES & INCOME SHOWN
ON THE DAILY SALES REPORT MUST HAVE
BACKUP IN THE DAILY ENVELOPE.

- 5 PTS EA.   CREDIT CARD SLIPS AND
EDC TRANSACTION
REPORT

[  ]  THE EDC REPORT MUST BE RUN FOR
THE CORRECT DAY'S BUSINESS & PLACED
IN THE DAILY ENVELOPE.

- 5 PTS EA.   VOID REPORT REVIEWED
AND SIGNED BY
MANAGEMENT

[  ]  ALL VOID REPORTS MUST BE
REVIEWED AND SIGNED BY A MANAGER.

- 5 PTS EA.   AUDIT REPORT REVIEWED
AND SIGNED BY
MANAGER

[  ]  ALL AUDIT REPORTS MUST BE
REVIEWED AND SIGNED BY A MANAGER.

- 5 PTS EA.   GIFT CERTIFICATES NOT
VOIDED AT THE TIME
OF REDEMPTION

[  ]  ALL OFF LINE GIFT CERTIFICATES AND VIP
CARDS SHOULD BE VOIDED AT THE TIME OF
REDEMPTION.

- 5 PTS EA.   DOCUMENTS/RECEIPTS FOR
ALL CASH PAIDOUTS

[  ]  SUPPORTING DOCUMENTATION
MUST BE INCLUDED IN THE DSR.

_____PTS.       _100_.

COMMENTS: _____

TOTAL PTS.

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3

3808

Supp. App. 30

**SERVER CHECKOUT, TIP SHARE &**
**EDITED PUNCHES**

**RECOMMENDATIONS**

1.  INFORMATION ON CHECKOUT
    REPORT IS COMPLETE AND
    INCLUDES:  ALL CREDIT CARD
    RECEIPTS, ALL GIFT CERTIFICATES
    AND PROMOTIONAL COUPONS,
    AND CASH RECEIVED FROM SERVER.
    35 PTS.

    [   ] SERVER CHECKOUTS ARE
    PERFORMED EACH SHIFT AND REQUIRES
    MANAGEMENT TO VERIFY SUPPORTING
    DOCUMENTS PERTAINING TO CHECKOUT
    SHEET.

2.  SERVER CHECKOUT REPORT
    SIGNED BY MANAGEMENT &
    RETAINED 3 PERIODS.
    30 PTS.

    [   ] CORPORATE POLICY STATES THAT
    SERVER CHECKOUTS BE RETAINED FOR
    THREE PERIODS AND SIGNED BY
    MANAGEMENT.

3.  TIP SHARE CALCULATION
    SHEET RETAINED 3 PERIODS.
    25 PTS.

    [   ] TIP SHARE CALCULATION SHEET
    MUST BE RETAINED FOR 3 PERIODS.

4.  TIP TRAC

    [   ] ALL EMPLOYEES MUST SIGN TRAC
    REPORT WHEN RECEIVING PAYROLL CHECK.
    MANAGER WILL DOCUMENT AND COUNSEL
    THE (2) EMPLOYEES WITH THE LOWEST CASH
    TIP %.

5.  EDITED PUNCH LIST NOT RETAINED
    FOR 3 YEARS AND NOT SIGNED
    BY EMPLOYEE AND MANAGER.
    50 PTS.

    [   ] THE EDITED PUNCH LIST MUST BE
    SIGNED BY THE EMPLOYEE WHO'S TIME
    IS BEING ADJUSTED AND MANAGER &
    RETAINED 3 YEARS.

6.  EDITED PUNCH ACCURACY REVIEW
    20 PTS. PER OCCURANCE

    [   ] EDITED PUNCH LIST MUST REFLECT
    ACCURATE JOB CODE, TIME IN/OUT, RATE
    OF PAY, AND TIP DECLARATION.

7.  PAYROLL CHECKS NOT DISTRIBUTED
    WITHIN TWO PAY PERIODS OR
    RETURNED TO PAYROLL.
    25 PTS.

    [   ] PAYROLL CHECKS MUST BE
    DISTRIBUTED WITHIN TWO PAY PERIODS
    OR RETURNED TO PAYROLL IN THE
    ENVELOPE PROVIDED.

COMMENTS: _____

**TOTAL PTS.**

_____

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

_____

_____

_____

_____

_____

_____

_____

4

3809

| GRADING ADMINISTRATIVE PROCEDURES | RECOMMENDATIONS |
|---|---|

1. EMPLOYEE FILES SHOULD INCLUDE THE FOLLOWING:

   EMPLOYEE FILES MUST INCLUDE ALL OF THE FOLLOWING DOCUMENTS COMPLETED:

   - ORIENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

   - ORENTATION CHEKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

   - ASSOCIATE APPLICATION FOR EMPLOYMENT

   - ASSOCIATE APPLICATION FOR EMPLOYMENT

   - DRUG & ALCOHOL FREE WORKPLACE POLICY

   - DRUG & ALCOHOL FREE WORKPLACE POLICY

   - SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

   - SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

   - HAZARD COMMUNICATION TRAINING

   - HAZARD COMMUNICATION TRAINING

   - TIP REPORTING ACKNOWLEDGEMENT

   - TIP REPORTING ACKNOWLEDGEMENT

   - BLOODBORNE PATHOGENS POLICY

   - BLOODBORNE PATHOGENS POLICY

   - ASSOCIATE CONDITIONS OF EMPLOYMENT

   - ASSOCIATE CONDITIONS OF EMPLOYMENT

   ONE POINT FOR EACH PERCENTAGE POINT.
   _____ PTS.   *100*

2. EMPLOYEE FILES NOT RETAINED FOR 3 FULL YEARS FROM TERMINATION.
   50 PTS.

   [  ] RETENTION FOR EMPLOYEE FILES IS 3 FULL YEARS FROM TERMINATION.


**TOTAL PTS.**                     COMMENTS: _____

SCALE
100-90     = A
89-80      = B
79-70      = C
69-60      = D
BELOW 60   = F

_____
_____
_____
_____
_____
_____
_____
_____

5

3810

**GRADING LIQUOR REPORTS**                          **RECOMMENDATIONS**

1.  LIQUOR, BEER, & WINE          [   ]  LIQUOR, BEER, & WINE INVOICES
    INVOICES NOT RETAINED FOR AT          ARE TO BE RETAINED A MINIMUM OF
    LEAST TWO YEARS (TEXAS = FOUR         TWO YEARS (TEXAS = FOUR YEARS).
    YEARS).
    30 PTS.

2.  EMPLOYEES WITHOUT LIQUOR      [   ]  IN THOSE RESTAURANTS WHERE
    PERMITS.                              IT IS A REQUIREMENT, ALL SERVERS &
    PASS/FAIL    *100*                    BARTENDERS ARE REQUIRED TO HAVE
                                          A LIQUOR PERMIT.

**TEXAS ONLY**

1.  PMIX RETAINED FOR AT LEAST    [   ]  PMIX REPORTS ARE TO BE
    FOUR YEARS.                           RETAINED A MINIMUM OF FOUR YEARS
    30 PTS.

2.  POOL FUND NOT COMPLETED IN    [   ]  THE POOL FUND LOG IS TO BE
    FULL & RETAINED FOUR YEARS.           FULLY COMPLETED & RETAINED FOUR
    *This includes Pool Fund Financials from Corporate*   YEARS (TEXAS PRIVATE CLUB ONLY).
    *Office and the Manual Calculation done by store*
    *Manager.*
    (TEXAS PRIVATE CLUB ONLY).
    30 PTS.

3.  30% REPLACEMENT STAMP NOT     [   ]  THE 30% REPLACEMENT STAMP
    USED ON PMIX REPORT OR BAR            IS TO BE USED ON ALL PMIX REPORTS OR
    TAPE (TEXAS PRIVATE CLUB              BAR JOURNALS IN TEXAS PRIVATE
    ONLY).                                CLUBS.
    10 PTS.

4.  "FELONY FOR WEAPONS POSTER"   [   ]  IN ORDER TO SATISFY TABC
    AND "TABC HOTLINE" POSTERS            REQUIREMENTS, BOTH POSTERS MUST
    IN BAR AREA OF ALL TEXAS              BE POSTED IN THE BAR AREA OF ALL TEXAS
    RESTAURANTS.                          RESTAURANTS.
    YES              NO

5.  EMPLOYEES MUST HAVE TABC      [   ]  EMPLOYEES MUST HAVE TABC
    CERTIFICATION WITHIN 30 DAYS          CERTIFICATION WITHIN 30 DAYS OF HIRE
    OF HIRE.
    50 PTS.

6.  TABC LIQUOR STAMP             [   ]  ALL LIQUOR BOTTLES MUST HAVE
    20 PTS.                               A TABC LIQUOR STAMP.

7.  LIQUOR CHECKS NOT RETAINED    [   ]  LIQUOR CHECKS MUST BE RETAINED
    FOR A PERIOD OF ONE (1)YEAR.          FOR A PERIOD OF ONE (1) YEAR.
    25 PTS.

           **TOTAL PTS.**          COMMENTS: _____

    SCALE                          _____
    100-90      = A
    89-80       = B                _____
    79-70       = C
    69-60       = D                _____
    BELOW 60    = F
                                   _____      6

3811

GRADING UNIT SECURITY

RECOMMENDATIONS

1.   FRONT, REAR, AND SIDE ENTRIES
     UNLOCKED DURING NON-
     OPERATING HOURS, OR THE
     KITCHEN DOOR LEFT OPEN
     WITH NO MANAGER PRESENT.
     50 PTS.

[  ]   ALL ENTRY DOORS MUST REMAIN
       LOCKED DURING NON-OPERATING HOURS.

[  ]   THE KITCHEN DOOR MUST NEVER
       REMAIN OPEN UNLESS A MANAGER IS
       PRESENT.

2.   OFFICE DOOR LEFT OPEN OR
     UNLOCKED.
     25 PTS.

[  ]   THE OFFICE DOOR SHOULD REMAIN
       CLOSED & LOCKED AT ALL TIMES.

3.   DETEX ALARM OR PANIC BAR
     NOT ARMED.
     25 PTS.

[  ]   THE DETEX ALARM OR PANIC BAR
       SHOULD BE ARMED UNLESS A MANAGER
       IS PRESENT.

4.   SAFE UNLOCKED (DAY LOCK).
     50 PTS.

[  ]   THE SAFE MUST REMAIN LOCKED
       AT ALL TIMES UNLESS A MANAGER IS
       CONDUCTING BUSINESS FROM IT.

5.   CASH IN ANY REGISTER DRAWER
     IN EXCESS OF $500 OVER
     BEGINNING BANK. CASH IN ANY
     OFFICE DRAWER IN EXCESS OF
     $500.
     50 PTS.

[  ]   CASH IN THE REGISTER DRAWER
       SHOULD BE KEPT TO A MINIMUM. CASH
       IN OFFICE DRAWER SHOULD BE KEPT TO
       A MINIMUM.

### TOTAL PTS.

COMMENTS: _____

SCALE
100-90        = A
89-80         = B
79-70         = C
69-60         = D
BELOW 60      = F

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

3812

| EMPLOYEE I-9 FORMS & PROCEDURES | RECOMMENDATIONS |
|---|---|
| 1. NO GM INITIALS IN THE UPPER RIGHT HAND CORNER. 5 PTS. EACH. | [  ] THE GM MUST VERIFY EVERY I-9 & INITIAL IN THE UPPER RIGHT HAND CORNER. |
| 2. EMPLOYEES WITHOUT AN I-9 ON FILE. 30 PTS. | [  ] ALL EMPLOYEES HIRED AFTER 11/06/86 MUST HAVE AN I-9 ON FILE BEFORE BEGINNING WORK. |
| 3. EMPLOYEES WITH INCOMPLETE FORMS. 15 PTS. | [  ] ALL I-9'S MUST BE COMPLETED IN FULL. |
| 4. EMPLOYEES WITH EXPIRED EMPLOYMENT AUTHORIZATION. 15 PTS. | [  ] ALL INS EMPLOYMENT AUTHORIZATIONS MUST HAVE A FUTURE EXPIRATION DATE. |
| 5. CURRENT EMPLOYEE I-9'S NOT PROPERLY RETAINED. 20 PTS. | [  ] CURRENT EMPLOYEE I-9'S MUST BE RETAINED IN A 3-RING BINDER IN ALPHABETICAL ORDER. |
| 6. TERMINATED BINDERS NOT PROPERLY RETAINED. 20 PTS. | [  ] TERMINATED I-9'S MUST BE RETAINED ALPHABETICALLY IN A 3-RING BINDER, LABELED & STORED AT THE END OF EACH CALENDAR YEAR. |
| 7. I-9 GUIDEBOOK NOT SIGNED. 0 PTS. | [  ] ALL MANAGEMENT & HOURLY EMPLOYEES WHO COMPLETE I-9'S AS A REPRESENTATIVE MUST SIGN THE I-9 GUIDEBOOK. |

**TOTAL PTS.**

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8

3813

Supp. App. 35

## LICENSES, PERMITS & POSTERS

### ARE THE FOLLOWING POSTERS UP?

HUMAN RESOURCES

    5 IN 1 POSTER                      YES✓         NO____

    SEXUAL HARASSMENT POLICY
    (ENGLISH AND SPANISH)         YES✓         NO____

    PAYDAY LAW                 YES____     NO____

    STATE COMPLIANCE KIT       YES____     NO✓

    CRO FMLA Poster
    (ENGLISH AND SPANISH)         YES____     NO✓

## RISK MANAGEMENT POSTERS

    MEDICAL PROVIDER LISTING     YES____     NO✓

    MSDS BOOK AND HAZCOMM     YES✓         NO____

    ACCIDENT/ INCIDENT HOTLINE
    POSTER IN OFFICE            YES____     NO✓

    MANDATORY FOOTWARE POLICY    YES____     NO✓

    MANDATORY FLOOR MAT POLICY    YES____     NO✓

    MANDATORYFLOOR CLEANING
    PROCEDURES POSTER (MONDAY)    YES____     NO✓

    MANDATORY FLOOR CLEANING
    PROCEDURES POSTER
    (TUESDAY – SUNDAY)         YES____     NO✓

    THE RIGHT TOOLS POSTER       YES____     NO✓

    NOTICE TO EMPLOYEES CONCERNING
    WORKERS' COMPENSATION IN TEXAS   YES✓         NO____

    NOTICE TO WORKERS' COMPENSATION
    ALL OTHER STATES           YES____     NO✓

    TEXAS PAYDAY NOTICE (ENGLISH AND
    SPANISH)                    YES____     NO✓

    CHOKING POSTER (ENGLISH AND
    SPANISH)                    YES____     NO✓

9

3814

ARE EMPLOYEES WEARING NON-SKID
SOLE SHOES?                          YES_____    NO_____

FLOOR CONDITION?                     EXCELLENT   GOOD   BAD   (circle one)

ARE QUEST DRUG FORMS AVAILABLE?      YES_____    NO_____

10

3815

Supp. App. 37

# Restaurant Visit Report

To: _____
From: _____
Date: _____
Subject: _____

| MANAGEMENT TEAM | YES | NO |
|---|---|---|
| 100% Table Visits by MOD | | |
| Managers and Associates use Confident Speak | | |
| Crisp, Logo Uniform, name tag | | |
| **STANDARDIZED TRAINING** | | |
| Server Training Packet used, Tests in Files | | |
| Alley Rallies happening 2x a day | | |
| Manager Meetings 1 per week, with notes | | |
| CT's for all departments, certificates hung | | |
| Flip Charts used for all training | | |
| Best Practices followed, managers carrying focus cards | | |
| **STEPS OF SERVICE HIT** | | |
| Service is friendly, all employees smiling | | |
| Steps of Service nailed | | |
| Fast Check and Change; lunch within 2 minutes | | |
| Thank You on every guest check | | |
| Server contests in place, results posted | | |
| Server scripting nailed | | |
| Leather feature tents used properly | | |
| Current PEA's posted | | |
| All menu covers pristine, enough on hand | | |
| Proper POP on all tables | | |
| **PROPER HOST GREET / SALUTATION** | | |
| Guests get a friendly greet, proper script | | |
| Guests thanked and invited to return | | |
| Proper phone greet, friendly, proper script | | |
| Brilliant restrooms, 10 minute checklist in use | | |
| **SAFETY** | | |
| Back door, office locked | ✓ | |
| No wet floors, floor mats used | ✓ | |

| CLEAN AND ORGANIZED | YES | NO |
|---|---|---|
| Cleaning systems, bathroom checks | | |
| Sanitation Checklist in use | ✓ | |
| All food product is dated | | |
| All kitchen equipment clean and good repair | ✓ | |
| All refrigeration has working thermometer, proper temps | ✓ | |
| Proper hand washing procedures in place | ✓ | |
| Hot box has working thermometer, at proper temp | ✓ | |
| Lighting / music adjusted and working order | | |
| FOH and BOH clean and good repair | ✓ | |
| Proper water supply (hot & cold) drains work properly | ✓ | |
| Dish machine, soap, sanitizer, and temps correct | N/A | |
| No food particles on clean plates and utensils | ✓ | |
| All food bins labeled, covered and clean | | |
| No evidence of roaches, flies, insects, or rodents | ✓ | |
| No cross contamination of food products | ✓ | |
| Toxic items, chemicals, labeled & stored properly | ✓ | |
| All landscaping pristine, lights, signage working | ✓ | |
| **AUDIT** | | |
| Employee files complete, Application, NAD, Advisor | ✓ | |
| I-9's correct | ✓ | |
| Orientation checklist signed off by associate & GM | ✓ | |
| All servers and bartenders have proper license or cert. | | |
| All local food handlers permits on file | | |

MOD Name _____

Inspector Name _____

Total Score _____

Comments:

[ ]

3816

Supp. App. 38

Revised 03/2007

# ALOHA RESTAURANT

TO: _Asit Raza_
FROM: _Clayton Killam_
SUBJECT: RESTAURANT AUDIT
DATE: _3-30-08_

AUDIT DATE: _7-20-08_
LAST AUDIT: _1-26-07_

cc: _____

THE AUDIT OF RESTAURANT # _621_ RESULTED IN A GRADE OF " _B_ " AS FOLLOWS:

☐ RESPONSE REQUIRED          RESTAURANT VISIT SCORE _N/A_

## GRADING SCHEDULE

| CATEGORIES | | CURRENT AUDIT | LAST AUDIT |
|---|---|---|---|
| 1. | DEPOSITS | F | A |
| 2. | ALOHA SECURITY | A | A |
| 3. | RESTAURANT ACCOUNTING | A | A |
| 4. | SERVER CHECKOUTS & TIP SHARE | A | A |
| 5. | ADMINISTRATIVE PROCEDURES | A | A |
| 6. | LIQUOR REPORTS | A | A |
| 7. | UNIT SECURITY | A | A |
| 8. | I-9's | B | A |
| | OVERALL GRADE | B 3.375 | A |

OVERALL GRADING SCALE

| | | | |
|---|---|---|---|
| 3.5 | - | 4.0 | = A |
| 3.0 | - | 3.49 | = B |
| 2.0 | - | 2.99 | = C |
| 1.0 | - | 1.99 | = D |
| 0.0 | - | .99 | = F |

Area Supervisor _Nick Garcy_

### CRITICAL FOUR RESULTS

| Category | Bonus/Fine | Total |
|---|---|---|
| Edit Punch | $0 / $50 / -$100 | _____ |
| Admin. Files | $0 / $50 / -$100 | _____ |
| Liq. Permits | $0 / $50 / -$100 | _____ |
| I-9's | $0 / $50 / -$100 | _____ |
| | Total Bonus/Fine | $_____ |
| | I-9 BONUS ($250) | YES / NO |



**EXHIBIT**
**B**

tabbies®

3817

GRADING DEPOSITS

RECOMMENDATIONS

1.      DEPOSIT SLIP NOT VERIFIED
        WITH TWO MANAGER'S INITIALS.
        5 PTS. EACH  (25 PTS. MAX)

[   ]   THE DEPOSIT SHOULD BE VERIFIED
        BY BOTH THE CLOSING & THE OPENING
        MANAGERS & BOTH SHOULD INITIAL THE
        DEPOSIT SLIP.

2.      DEPOSIT SLIPS & ARMORED CAR
        RECEIPTS NOT RETAINED 3
        PERIODS.
        5 PTS. EACH  (25 PTS. MAX)

[   ]   THE RETENTION PERIOD FOR
        DEPOSIT SLIPS & ARMORED CAR RECEIPTS
        IS THREE FULL PERIODS.  THEY SHOULD BE
        KEPT SEPARATELY IN DATE ORDER.

3.      DEPOSIT ACCURACY
        25 PTS.

[   ]   ALL DEPOSITS MUST BE ACCURATE.
        NO DEPOSIT MAY BE "ROUNDED OFF". ALL CURRENCY,
        COIN AND CHECKS MUST BE LISTED SEPERATELY.

4.      LATE DEPOSITS
        1 LATE = 10 PTS
        2 LATE = 20 PTS
        3 LATE = 50 PTS

[   ]   DEPOSITS ARE TO BE MADE DAILY PRIOR
        TO 2:00PM.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

                                            1

**TOTAL PTS.**

| SCALE | |
|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

3818

GRADING ALOHA SECURITY

RECOMMENDATIONS

1.      MANAGERS NOT USING
        SWIPE CARDS AT TERMINALS.
        40 PTS.

[   ]   SWIPE CARDS MUST BE USED AS A
        SECURITY MEASURE AGAINST THEFT.

2.      MUST USE MAG CARD BOX
        BOX -- NOT CHECKED.
        10 PTS EACH. (40 PTS. MAX)

[   ]   ALL EMPLOYEES WHO HAVE ACCESS
        TO THE ALOHA SYSTEM MUST USE MAG CARDS
        WHEN ACCESSING THE ALOHA SYSTEM.

3.      CREDIT CARD BATCHES NOT
        SETTLED ON A DAILY BASIS.
        25 PTS. EACH

[   ]   CREDIT CARD BATCHED MUST BE
        SETTLED AT THE END OF EACH DAY'S
        BUSINESS.

4.      ALOHA EMPLOYEE ACCESS
        20 PTS.

[   ]   ALOHA EMPLOYEE ACCESS LIST
        MUST BE CURRENT AND MATCH THE ACTIVE EMPLOYEE
        ROSTER.

**TOTAL PTS.**

COMMENTS: _____

SCALE
100-90        = A
89-80         = B
79-70         = C
69-60         = D
BELOW 60      = F

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____                     2

3819

Supp. App. 41

RESTAURANT ACCOUNTING

DAILY ENVELOPES
MUST INCLUDE:

- 5 PTS EA.   ALOHA SALES REPORT

- 5 PTS EA.   CREDIT CARD SLIPS AND
  EDC TRANSACTION
  REPORT

- 5 PTS EA.   VOID REPORT REVIEWED
  AND SIGNED BY
  MANAGEMENT

- 5 PTS EA.   AUDIT REPORT REVIEWED
  AND SIGNED BY
  MANAGER

- 5 PTS EA.   GIFT CERTIFICATES NOT
  VOIDED AT THE TIME
  OF REDEMPTION

- 5 PTS EA.   DOCUMENTS/RECEIPTS FOR
  ALL CASH PAIDOUTS

_____PTS.

**TOTAL PTS.**

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

RECOMMENDATIONS

[   ]   ALL DAILY ENVELOPES MUST BE
        SUBMITTED TO THE CORPORTATE OFFICE.

[   ]   ALL EXPENSES & INCOME SHOWN
        ON THE DAILY SALES REPORT MUST HAVE
        BACKUP IN THE DAILY ENVELOPE.

[   ]   THE EDC REPORT MUST BE RUN FOR
        THE CORRECT DAY'S BUSINESS & PLACED
        IN THE DAILY ENVELOPE.

[   ]   ALL VOID REPORTS MUST BE
        REVIEWED AND SIGNED BY A MANAGER.

[   ]   ALL AUDIT REPORTS MUST BE
        REVIEWED AND SIGNED BY A MANAGER.

[   ]   ALL OFF LINE GIFT CERTIFICATES AND VIP
        CARDS SHOULD BE VOIDED AT THE TIME OF
        REDEMPTION.

[   ]   SUPPORTING DOCUMENTATION
        MUST BE INCLUDED IN THE DSR.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3

**SERVER CHECKOUT, TIP SHARE &**
**EDITED PUNCHES**                                    **RECOMMENDATIONS**

1.  INFORMATION ON CHECKOUT          [ ] SERVER CHECKOUTS ARE
    REPORT IS COMPLETE AND               PERFORMED EACH SHIFT AND REQUIRES
    INCLUDES:  ALL CREDIT CARD          MANAGEMENT TO VERIFY SUPPORTING
    RECEIPTS, ALL GIFT CERTIFICATES     DOCUMENTS PERTAINING TO CHECKOUT
    AND PROMOTIONAL COUPONS,            SHEET.
    AND CASH RECEIVED FROM SERVER.
    35 PTS.

2.  SERVER CHECKOUT REPORT           [ ] CORPORATE POLICY STATES THAT
    SIGNED BY MANAGEMENT &               SERVER CHECKOUTS BE RETAINED FOR
    RETAINED 3 PERIODS.                 THREE PERIODS AND SIGNED BY
    30 PTS.                             MANAGEMENT.

3.  TIP SHARE CALCULATION            [ ] TIP SHARE CALCULATION SHEET
    SHEET RETAINED 3 PERIODS.            MUST BE RETAINED FOR 3 PERIODS.
    25 PTS.

4.  TIP TRAC    N/A                  [ ] ALL EMPLOYEES MUST SIGN TRAC
                                         REPORT WHEN RECEIVING PAYROLL CHECK.
                                         MANAGER WILL DOCUMENT AND COUNSEL
                                         THE (2) EMPLOYEES WITH THE LOWEST CASH
                                         TIP %.

5.  EDITED PUNCH LIST NOT RETAINED   [ ] THE EDITED PUNCH LIST MUST BE
    FOR 3 YEARS AND NOT SIGNED           SIGNED BY THE EMPLOYEE WHO'S TIME
    BY EMPLOYEE AND MANAGER.            IS BEING ADJUSTED AND MANAGER &
    50 PTS.                             RETAINED 3 YEARS.

6.  EDITED PUNCH ACCURACY REVIEW     [ ] EDITED PUNCH LIST MUST REFLECT
    20 PTS. PER OCCURANCE               ACCURATE JOB CODE, TIME IN/OUT, RATE
                                         OF PAY, AND TIP DECLARATION.

7.  PAYROLL CHECKS NOT DISTRIBUTED   [ ] PAYROLL CHECKS MUST BE
    WITHIN TWO PAY PERIODS OR            DISTRIBUTED WITHIN TWO PAY PERIODS
    RETURNED TO PAYROLL.                OR RETURNED TO PAYROLL IN THE
    25 PTS.                             ENVELOPE PROVIDED.

COMMENTS: _____

**TOTAL PTS.**                       _____

SCALE                                _____
100-90      = A                      _____
89-80       = B                      _____
79-70       = C                      _____
69-60       = D                      _____
BELOW 60    = F                      _____
                                     _____
                                     _____
                                     _____

                                                                    4

3821

| GRADING ADMINISTRATIVE PROCEDURES | RECOMMENDATIONS |
|---|---|

1.    EMPLOYEE FILES SHOULD INCLUDE THE FOLLOWING:         EMPLOYEE FILES MUST INCLUDE ALL OF THE FOLLOWING DOCUMENTS COMPLETED:

- ORIENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT
- ORENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

- ASSOCIATE APPLICATION FOR EMPLOYMENT
- ASSOCIATE APPLICATION FOR EMPLOYMENT

- DRUG & ALCOHOL FREE WORKPLACE POLICY
- DRUG & ALCOHOL FREE WORKPLACE POLICY

- SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT
- SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

- HAZARD COMMUNICATION TRAINING
- HAZARD COMMUNICATION TRAINING

- TIP REPORTING ACKNOWLEDGEMENT
- TIP REPORTING ACKNOWLEDGEMENT

- BLOODBORNE PATHOGENS POLICY
- BLOODBORNE PATHOGENS POLICY

- ASSOCIATE CONDITIONS OF EMPLOYMENT
- ASSOCIATE CONDITIONS OF EMPLOYMENT

ONE POINT FOR EACH PERCENTAGE POINT.
_____PTS.

2.    EMPLOYEE FILES NOT RETAINED FOR 3 FULL YEARS FROM TERMINATION.
50 PTS.
    [  ] RETENTION FOR EMPLOYEE FILES IS 3 FULL YEARS FROM TERMINATION.

3.    SERVER TRAINING PACKETS & SCORED EMPLOYEE TESTS
    [  ] SERVER TRAINING PACKETS COMPLETED AND MAINTAINED IN THE EMPLOYEE FILE.
    [  ] EMPLOYEE TESTS RETAINED IN EMPLOYEE FILE.

25 PTS FOR EACH OCCURRENCE

4.    APPLICANTS' INTERVIEW & TRACKING FORMS.
    [  ] APPLICANTS' INTERVIEW & TRACKING FORMS MAINTAINED IN THE EMPLOYEE FILE.
    [  ] EMPLOYEE TESTS RETAINED IN EMPLOYEE FILE.

25 PTS FOR EACH OCCURRENCE

**TOTAL PTS.**

*A*   COMMENTS: _____

| SCALE | | |
|---|---|---|
| 100-90 | = | A |
| 89-80 | = | B |
| 79-70 | = | C |
| 69-60 | = | D |
| BELOW 60 | = | F |

_____
_____
_____
_____
_____

5

3822

Supp. App. 44

| GRADING LIQUOR REPORTS | RECOMMENDATIONS |
|---|---|

1. LIQUOR, BEER, & WINE INVOICES NOT RETAINED FOR AT LEAST TWO YEARS (TEXAS = FOUR YEARS). 30 PTS.

[  ]  LIQUOR, BEER, & WINE INVOICES ARE TO BE RETAINED A MINIMUM OF TWO YEARS (TEXAS = FOUR YEARS).

2. EMPLOYEES WITHOUT LIQUOR PERMITS. PASS/FAIL

[  ]  IN THOSE RESTAURANTS WHERE IT IS A REQUIREMENT, ALL SERVERS & BARTENDERS ARE REQUIRED TO HAVE A LIQUOR PERMIT.

### TEXAS ONLY

1. PMIX RETAINED FOR AT LEAST FOUR YEARS. 30 PTS.

[  ]  PMIX REPORTS ARE TO BE RETAINED A MINIMUM OF FOUR YEARS

2. POOL FUND NOT COMPLETED IN FULL & RETAINED FOUR YEARS. *This includes Pool Fund Financials from Corporate Office and the Manual Calculation done by store Manager.* (TEXAS PRIVATE CLUB ONLY). 30 PTS.

[  ]  THE POOL FUND LOG IS TO BE FULLY COMPLETED & RETAINED FOUR YEARS (TEXAS PRIVATE CLUB ONLY).

3. 30% REPLACEMENT STAMP NOT USED ON PMIX REPORT OR BAR TAPE (TEXAS PRIVATE CLUB ONLY). 10 PTS.

[  ]  THE 30% REPLACEMENT STAMP IS TO BE USED ON ALL PMIX REPORTS OR BAR JOURNALS IN TEXAS PRIVATE CLUBS.

4. "FELONY FOR WEAPONS POSTER" AND "TABC HOTLINE" POSTERS IN BAR AREA OF ALL TEXAS RESTAURANTS. YES          NO

[  ]  IN ORDER TO SATISFY TABC REQUIREMENTS, BOTH POSTERS MUST BE POSTED IN THE BAR AREA OF ALL TEXAS RESTAURANTS.

5. EMPLOYEES MUST HAVE TABC CERTIFICATION WITHIN 30 DAYS OF HIRE. 50 PTS.

[  ]  EMPLOYEES MUST HAVE TABC CERTIFICATION WITHIN 30 DAYS OF HIRE

6. TABC LIQUOR STAMP 20 PTS.

[  ]  ALL LIQUOR BOTTLES MUST HAVE A TABC LIQUOR STAMP.

7. LIQUOR CHECKS NOT RETAINED FOR A PERIOD OF ONE (1)YEAR. 25 PTS.

[  ]  LIQUOR CHECKS MUST BE RETAINED FOR A PERIOD OF ONE (1) YEAR.

### TOTAL PTS.

COMMENTS: _____

SCALE
100-90     = A
89-80      = B
79-70      = C
69-60      = D
BELOW 60   = F

_____

_____

_____

_____

6

3823

## GRADING UNIT SECURITY

## RECOMMENDATIONS

1. FRONT, REAR, AND SIDE ENTRIES UNLOCKED DURING NON-OPERATING HOURS, OR THE KITCHEN DOOR LEFT OPEN WITH NO MANAGER PRESENT. 50 PTS.

[  ] ALL ENTRY DOORS MUST REMAIN LOCKED DURING NON-OPERATING HOURS.

[  ] THE KITCHEN DOOR MUST NEVER REMAIN OPEN UNLESS A MANAGER IS PRESENT.

2. OFFICE DOOR LEFT OPEN OR UNLOCKED. 25 PTS.

[  ] THE OFFICE DOOR SHOULD REMAIN CLOSED & LOCKED AT ALL TIMES.

3. DETEX ALARM OR PANIC BAR NOT ARMED. 25 PTS.

[  ] THE DETEX ALARM OR PANIC BAR SHOULD BE ARMED UNLESS A MANAGER IS PRESENT.

4. SAFE UNLOCKED (DAY LOCK). 50 PTS.

[  ] THE SAFE MUST REMAIN LOCKED AT ALL TIMES UNLESS A MANAGER IS CONDUCTING BUSINESS FROM IT.

5. CASH IN ANY REGISTER DRAWER IN EXCESS OF $500 OVER BEGINNING BANK. CASH IN ANY OFFICE DRAWER IN EXCESS OF $500. 50 PTS.

[  ] CASH IN THE REGISTER DRAWER SHOULD BE KEPT TO A MINIMUM. CASH IN OFFICE DRAWER SHOULD BE KEPT TO A MINIMUM.

### TOTAL PTS.

SCALE
100-90     = A
89-80      = B
79-70      = C
69-60      = D
BELOW 60   = F

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

3824

## EMPLOYEE I-9 FORMS & PROCEDURES

1. NO GM INITIALS IN THE UPPER RIGHT HAND CORNER. 5 PTS. EACH.

2. EMPLOYEES WITHOUT AN I-9 ON FILE. 30 PTS.

3. EMPLOYEES WITH INCOMPLETE FORMS. 15 PTS.

4. EMPLOYEES WITH EXPIRED EMPLOYMENT AUTHORIZATION. 15 PTS.

5. CURRENT EMPLOYEE I-9'S NOT PROPERLY RETAINED. 20 PTS.

6. TERMINATED BINDERS NOT PROPERLY RETAINED. 20 PTS.

7. I-9 GUIDEBOOK NOT SIGNED. 0 PTS.

## RECOMMENDATIONS

[  ] THE GM MUST VERIFY EVERY I-9 & INITIAL IN THE UPPER RIGHT HAND CORNER.

[  ] ALL EMPLOYEES HIRED AFTER 11/06/86 MUST HAVE AN I-9 ON FILE BEFORE BEGINNING WORK.

[  ] ALL I-9'S MUST BE COMPLETED IN FULL.

[  ] ALL INS EMPLOYMENT AUTHORIZATIONS MUST HAVE A FUTURE EXPIRATION DATE.

[  ] CURRENT EMPLOYEE I-9'S MUST BE RETAINED IN A 3-RING BINDER IN ALPHABETICAL ORDER.

[  ] TERMINATED I-9'S MUST BE RETAINED ALPHABETICALLY IN A 3-RING BINDER, LABELED & STORED AT THE END OF EACH CALENDAR YEAR.

[  ] ALL MANAGEMENT & HOURLY EMPLOYEES WHO COMPLETE I-9'S AS A REPRESENTATIVE MUST SIGN THE I-9 GUIDEBOOK.

**TOTAL PTS.**   *85*

| SCALE | |
|---|---|
| 100-90 | = A |
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

*B*

COMMENTS: _____

_____
_____
_____
_____
_____
_____
_____
_____

8

3825

**LICENSES, PERMITS & POSTERS**

ARE THE FOLLOWING POSTERS UP?

HUMAN RESOURCES

        5 IN 1 POSTER                         YES_____       NO_____

        SEXUAL HARASSMENT POLICY
            (FLORIDA, TEXAS, AND NEW YORK
            - SPANISH AND ENGLISH)       YES_____       NO_____

        PAYDAY LAW                     YES_____       NO_____

        STATE COMPLIANCE KIT        YES_____       NO_____

**RISK MANAGEMENT POSTERS**

        MEDICAL PROVIDER LISTING       YES_____       NO_____

        MSDS BOOK AND HAZCOMM       YES_____       NO_____

        ACCIDENT/ INCIDENT HOTLINE
        POSTER IN OFFICE               YES_____       NO_____

        MANDATORY FOOTWARE POLICY     YES_____       NO_____

        MANDATORY FLOOR MAT POLICY     YES_____       NO_____

        MANDATORYFLOOR CLEANING
        PROCEDURES POSTER (MONDAY)     YES_____       NO_____

        MANDATORY FLOOR CLEANING
        PROCEDURES POSTER
        (TUESDAY – SUNDAY)            YES_____       NO_____

        THE RIGHT TOOLS POSTER        YES_____       NO_____

        NOTICE TO EMPLOYEES CONCERNING
        WORKERS' COMPENSATION IN TEXAS   YES_____       NO_____

        NOTICE TO WORKERS' COMPENSATION
        ALL OTHER STATES            YES_____       NO_____

        TEXAS PAYDAY NOTICE (ENGLISH AND
        SPANISH)                   YES_____       NO_____

        CHOKING POSTER  (ENGLISH AND
        SPANISH)                   YES_____       NO_____

9

ARE EMPLOYEES WEARING NON-SKID
SOLE SHOES?                                    YES_____     NO_____

FLOOR CONDITION?                        EXCELLENT   GOOD   BAD   (circle one)

ARE QUEST DRUG FORMS AVAILABLE?      YES_____     NO_____

10

3827

Supp. App. 49

# Restaurant Visit Report

To: _____
From: _____
Date: _____
Subject: _____

| MANAGEMENT TEAM | YES | NO |
|---|---|---|
| 100% Table Visits by MOD | | |
| Managers and Associates use Confident Speak | | |
| Crisp, Logo Uniform, name tag | | |
| **STANDARDIZED TRAINING** | | |
| Server Training Packet used, Tests in Files | | |
| Alley Rallies happening 2x a day | | |
| Manager Meetings 1 per week, with notes | | |
| CT's for all departments, certificates hung | | |
| Flip Charts used for all training | | |
| Best Practices followed, managers carrying focus cards | | |
| **STEPS OF SERVICE HIT** | | |
| Service is friendly, all employees smiling | | |
| Steps of Service nailed | | |
| Fast Check and Change; lunch within 2 minutes | | |
| Thank You on every guest check | | |
| Server contests in place, results posted | | |
| Server scripting nailed | | |
| Leather feature tents used properly | | |
| Current PEA's posted | | |
| All menu covers pristine, enough on hand | | |
| Proper POP on all tables | | |
| **PROPER HOST GREET/SALUTATION** | | |
| Guests get a friendly greet, proper script | | |
| Guests thanked and invited to return | | |
| Proper phone greet, friendly, proper script | | |
| Brilliant restrooms, 10 minute checklist in use | | |
| **SAFETY** | | |
| Back door, office locked | | |
| No wet floors, floor mats used | | |

| CLEAN AND ORGANIZED | YES | NO |
|---|---|---|
| Cleaning systems, bathroom checks | | |
| Sanitation Checklist in use | | ✓ |
| All food product is dated | ✓ | |
| All kitchen equipment clean and good repair | ✓ | |
| All refrigeration has working thermometer, proper temps | ✓ | |
| Proper hand washing procedures in place | ✓ | |
| Hot box has working thermometer, at proper temp | ✓ | |
| Lighting / music adjusted and working order | ✓ | |
| FOH and BOH clean and good repair | ✓ | |
| Proper water supply (hot & cold) drains work properly | ✓ | |
| Dish machine, soap, sanitizer, and temps correct | ✓ | |
| No food particles on clean plates and utensils | ✓ | |
| All food bins labeled, covered and clean | ✓ | |
| No evidence of roaches, flies, insects, or rodents | ✓ | |
| No cross contamination of food products | ✓ | |
| Toxic items, chemicals, labeled & stored properly | ✓ | |
| All landscaping pristine, lights, signage working | ✓ | |
| **AUDIT** | | |
| Employee files complete, Application, NAD, Advisor | | |
| I-9's correct | | |
| Orientation checklist signed off by associate & GM | ✓ | |
| All servers and bartenders have proper license or cert. | ✓ | |
| All local food handlers permits on file | ✓ | |

MOD Name _____

Inspector Name _____

**Total Score**

**Comments:**

3828

Revised 03/2009

# ALOHA RESTAURANT

TO: _Asit Raza_
FROM: _Clayton Killam_
SUBJECT: RESTAURANT AUDIT
DATE: _4-22-09_

AUDIT DATE: _4-22-09_
LAST AUDIT: _3-20-08_

cc: _____
_____
_____

THE AUDIT OF RESTAURANT # _621_ RESULTED IN A GRADE OF " _B_ " AS FOLLOWS:

☐ RESPONSE REQUIRED       RESTAURANT VISIT SCORE _____

## GRADING SCHEDULE

| CATEGORIES | | CURRENT AUDIT | LAST AUDIT |
|---|---|---|---|
| 1. | DEPOSITS | F | F |
| 2. | ALOHA SECURITY | A | A |
| 3. | RESTAURANT ACCOUNTING | B | A |
| 4. | SERVER CHECKOUTS & TIP SHARE | A | A |
| 5. | ADMINISTRATIVE PROCEDURES | A | A |
| 6. | LIQUOR REPORTS | A | A |
| 7. | UNIT SECURITY | B | A |
| 8. | I-9's | A | B |
| | OVERALL GRADE | B 3.25 | B |

OVERALL GRADING SCALE

| | | | | |
|---|---|---|---|---|
| 3.5 | - | 4.0 | = | A |
| 3.0 | - | 3.49 | = | B |
| 2.0 | - | 2.99 | = | C |
| 1.0 | - | 1.99 | = | D |
| 0.0 | - | .99 | = | F |

Area Supervisor _____

### CRITICAL FOUR RESULTS

| Category | Bonus/Fine | Total |
|---|---|---|
| Edit Punch | $0 / $50 / -$100 | |
| Admin. Files | $0 / $50 / -$100 | |
| Liq. Permits | $0 / $50 / -$100 | |
| I-9's | $0 / $50 / -$100 | |
| Total Bonus/Fine | $_____ | |
| I-9 BONUS ($250) | YES / NO | |

AUDIT REVISED 03_09.DOC

**EXHIBIT**

tabbies C

3829

GRADING DEPOSITS

1.  DEPOSIT SLIP NOT VERIFIED
    WITH TWO MANAGER'S INITIALS.
    5 PTS. EACH  (25 PTS. MAX)

2.  DEPOSIT SLIPS & ARMORED CAR
    RECEIPTS NOT RETAINED 3
    PERIODS.
    5 PTS. EACH  (25 PTS. MAX)

3.  DEPOSIT ACCURACY
    25 PTS.

4.  LATE DEPOSITS
    1 LATE = 10 PTS
    2 LATE = 20 PTS
    3 LATE = 50 PTS

RECOMMENDATIONS

[   ]  THE DEPOSIT SHOULD BE VERIFIED
       BY BOTH THE CLOSING & THE OPENING
       MANAGERS & BOTH SHOULD INITIAL THE
       DEPOSIT SLIP.

[   ]  THE RETENTION PERIOD FOR
       DEPOSIT SLIPS & ARMORED CAR RECEIPTS
       IS THREE FULL PERIODS.  THEY SHOULD BE
       KEPT SEPARATELY IN DATE ORDER.

[   ]  ALL DEPOSITS MUST BE ACCURATE.
       NO DEPOSIT MAY BE "ROUNDED OFF". ALL CURRENCY,
       COIN AND CHECKS MUST BE LISTED SEPERATELY.

[   ]  DEPOSITS ARE TO BE MADE DAILY PRIOR
       TO 2:00PM.

COMMENTS:  _8 LATE DEPOSITS_

_____

_____

_____

_____

_____

_____

_____

_____

1

TOTAL PTS.

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

AUDIT REVISED 03_09.DOC

3830

Supp. App. 52

## GRADING ALOHA SECURITY

1.    MANAGERS NOT USING
SWIPE CARDS AT TERMINALS.
40 PTS.

2.    MUST USE MAG CARD BOX
BOX – NOT CHECKED.
10 PTS EACH. (40 PTS. MAX)

3.    CREDIT CARD BATCHES NOT
SETTLED ON A DAILY BASIS.
25 PTS. EACH

4.    ALOHA EMPLOYEE ACCESS
20 PTS.

### TOTAL PTS.

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60   = F

## RECOMMENDATIONS

[  ]    SWIPE CARDS MUST BE USED AS A
SECURITY MEASURE AGAINST THEFT.

[  ]    ALL EMPLOYEES WHO HAVE ACCESS
TO THE ALOHA SYSTEM MUST USE MAG CARDS
WHEN ACCESSING THE ALOHA SYSTEM.

[  ]    CREDIT CARD BATCHED MUST BE
SETTLED AT THE END OF EACH DAY'S
BUSINESS.

[  ]    ALOHA EMPLOYEE ACCESS LIST
MUST BE CURRENT AND MATCH THE ACTIVE EMPLOYEE
ROSTER.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                 2

AUDIT REVISED 03_09.DOC

3831

RESTAURANT ACCOUNTING

DAILY ENVELOPES
MUST INCLUDE:

- 5 PTS EA.  CREDIT CARD SLIPS AND
  EDC TRANSACTION
  REPORT

- 5 PTS EA.  GIFT CERTIFICATES NOT
  VOIDED AT THE TIME
  OF REDEMPTION

- 10 PTS EA.  DOCUMENTS/RECEIPTS FOR
  ALL CASH PAIDOUTS

  _____PTS.

**TOTAL PTS.**

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

RECOMMENDATIONS

ALL DAILY ENVELOPES MUST BE
SUBMITTED TO THE CORPORTATE OFFICE.

[   ]  THE EDC REPORT MUST BE RUN FOR
       THE CORRECT DAY'S BUSINESS & PLACED
       IN THE DAILY ENVELOPE.

[   ]  ALL OFF LINE GIFT CERTIFICATES AND VIP
       CARDS SHOULD BE VOIDED AT THE TIME OF
       REDEMPTION.

[   ]  SUPPORTING DOCUMENTATION
       MUST BE INCLUDED IN THE DSR.

COMMENTS: _____
_2 RECEIPTS missing from DSR_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3

AUDIT REVISED 03_09.DOC

| SERVER CHECKOUT, TIP SHARE & EDITED PUNCHES | RECOMMENDATIONS |
|---|---|
| 1. INFORMATION ON CHECKOUT REPORT IS COMPLETE AND INCLUDES: ALL CREDIT CARD RECEIPTS, ALL GIFT CERTIFICATES AND PROMOTIONAL COUPONS, AND CASH RECEIVED FROM SERVER. 35 PTS. | [   ] SERVER CHECKOUTS ARE PERFORMED EACH SHIFT AND REQUIRES MANAGEMENT TO VERIFY SUPPORTING DOCUMENTS PERTAINING TO CHECKOUT SHEET. |
| 2. SERVER CHECKOUT REPORT SIGNED BY MANAGEMENT & RETAINED 3 PERIODS. 30 PTS. | [   ] CORPORATE POLICY STATES THAT SERVER CHECKOUTS BE RETAINED FOR THREE PERIODS AND SIGNED BY MANAGEMENT. |
| 3. TIP SHARE CALCULATION SHEET RETAINED 3 PERIODS. 25 PTS. | [   ] TIP SHARE CALCULATION SHEET MUST BE RETAINED FOR 3 PERIODS. |
| 4. TIP TRAC | [   ] ALL EMPLOYEES MUST SIGN TRAC REPORT WHEN RECEIVING PAYROLL CHECK. MANAGER WILL DOCUMENT AND COUNSEL THE (2) EMPLOYEES WITH THE LOWEST CASH TIP %. |
| 5. EDITED PUNCH LIST NOT RETAINED FOR 3 YEARS AND NOT SIGNED BY EMPLOYEE AND MANAGER. 50 PTS. | [   ] THE EDITED PUNCH LIST MUST BE SIGNED BY THE EMPLOYEE WHO'S TIME IS BEING ADJUSTED AND MANAGER & RETAINED 3 YEARS. |
| 6. EDITED PUNCH ACCURACY REVIEW 20 PTS. PER OCCURANCE | [   ] EDITED PUNCH LIST MUST REFLECT ACCURATE JOB CODE, TIME IN/OUT, RATE OF PAY, AND TIP DECLARATION. |
| 7. PAYROLL CHECKS NOT DISTRIBUTED WITHIN TWO PAY PERIODS OR RETURNED TO PAYROLL. 25 PTS. | [   ] PAYROLL CHECKS MUST BE DISTRIBUTED WITHIN TWO PAY PERIODS OR RETURNED TO PAYROLL IN THE ENVELOPE PROVIDED. |

COMMENTS: _____

**TOTAL PTS.**

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4

AUDIT REVISED 03_09.DOC

3833

| GRADING ADMINISTRATIVE PROCEDURES | RECOMMENDATIONS |
|---|---|
| 1.   EMPLOYEE FILES SHOULD INCLUDE THE FOLLOWING: | EMPLOYEE FILES MUST INCLUDE ALL OF THE FOLLOWING DOCUMENTS COMPLETED: |

- ORIENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT
- ORENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

- ASSOCIATE APPLICATION FOR EMPLOYMENT
- ASSOCIATE APPLICATION FOR EMPLOYMENT

- DRUG & ALCOHOL FREE WORKPLACE POLICY
- DRUG & ALCOHOL FREE WORKPLACE POLICY

- SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT
- SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

- HAZARD COMMUNICATION TRAINING
- HAZARD COMMUNICATION TRAINING

- TIP REPORTING ACKNOWLEDGEMENT
- TIP REPORTING ACKNOWLEDGEMENT

- BLOODBORNE PATHOGENS POLICY
- BLOODBORNE PATHOGENS POLICY

- ASSOCIATE CONDITIONS OF EMPLOYMENT
- ASSOCIATE CONDITIONS OF EMPLOYMENT

ONE POINT FOR EACH PERCENTAGE POINT.
_____PTS.

2. EMPLOYEE FILES NOT RETAINED FOR 3 FULL YEARS FROM TERMINATION.
50 PTS.

[   ] RETENTION FOR EMPLOYEE FILES IS 3 FULL YEARS FROM TERMINATION.

3. SERVER TRAINING PACKETS & SCORED [   ] EMPLOYEE TESTS

[   ] SERVER TRAINING PACKETS COMPLETED AND MAINTAINED IN THE EMPLOYEE FILE.
[   ] EMPLOYEE TESTS RETAINED IN EMPLOYEE FILE.

25 PTS FOR EACH OCCURRENCE ✓

4. APPLICANTS' INTERVIEW & TRACKING [   ] FORMS.

[   ] APPLICANTS' INTERVIEW & TRACKING FORMS MAINTAINED IN THE EMPLOYEE FILE.
[   ] EMPLOYEE TESTS RETAINED IN EMPLOYEE FILE.

25 PTS FOR EACH OCCURRENCE ✓

**TOTAL PTS.**

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

COMMENTS: _____

_____

_____

_____

_____

AUDIT REVISED 03_09.DOC

3834

5

AUDIT REVISED 03_09.DOC

3835

| GRADING LIQUOR REPORTS | RECOMMENDATIONS |
|---|---|

1.   LIQUOR, BEER, & WINE INVOICES NOT RETAINED FOR AT LEAST TWO YEARS (TEXAS = FOUR YEARS). 30 PTS.

[   ]   LIQUOR, BEER, & WINE INVOICES ARE TO BE RETAINED A MINIMUM OF TWO YEARS (TEXAS = FOUR YEARS).

2.   EMPLOYEES WITHOUT LIQUOR PERMITS. PASS/FAIL

[   ]   IN THOSE RESTAURANTS WHERE IT IS A REQUIREMENT, ALL SERVERS & BARTENDERS ARE REQUIRED TO HAVE A LIQUOR PERMIT.

### TEXAS ONLY

1.   PMIX RETAINED FOR AT LEAST FOUR YEARS. 30 PTS.

[   ]   PMIX REPORTS ARE TO BE RETAINED A MINIMUM OF FOUR YEARS

2.   POOL FUND NOT COMPLETED IN FULL & RETAINED FOUR YEARS. *This includes Pool Fund Financials from Corporate Office and the Manual Calculation done by store Manager.* (TEXAS PRIVATE CLUB ONLY). 30 PTS.

[   ]   THE POOL FUND LOG IS TO BE FULLY COMPLETED & RETAINED FOUR YEARS (TEXAS PRIVATE CLUB ONLY).

3.   30% REPLACEMENT STAMP NOT USED ON PMIX REPORT OR BAR TAPE (TEXAS PRIVATE CLUB ONLY). 10 PTS.

[   ]   THE 30% REPLACEMENT STAMP IS TO BE USED ON ALL PMIX REPORTS OR BAR JOURNALS IN TEXAS PRIVATE CLUBS.

4.   "FELONY FOR WEAPONS POSTER" AND "TABC HOTLINE" POSTERS IN BAR AREA OF ALL TEXAS RESTAURANTS. YES          NO

[   ]   IN ORDER TO SATISFY TABC REQUIREMENTS, BOTH POSTERS MUST BE POSTED IN THE BAR AREA OF ALL TEXAS RESTAURANTS.

5.   EMPLOYEES MUST HAVE TABC CERTIFICATION WITHIN 30 DAYS OF HIRE. 50 PTS.

[   ]   EMPLOYEES MUST HAVE TABC CERTIFICATION WITHIN 30 DAYS OF HIRE

6.   TABC LIQUOR STAMP 20 PTS.

[   ]   ALL LIQUOR BOTTLES MUST HAVE A TABC LIQUOR STAMP.

7.   LIQUOR CHECKS NOT RETAINED FOR A PERIOD OF ONE (1)YEAR. 25 PTS.

[   ]   LIQUOR CHECKS MUST BE RETAINED FOR A PERIOD OF ONE (1) YEAR.

### TOTAL PTS.

COMMENTS: _____

| SCALE | | |
|---|---|---|
| 100-90 | = | A |
| 89-80 | = | B |
| 79-70 | = | C |
| 69-60 | = | D |
| BELOW 60 | = | F |

_____

_____

_____

_____
6

AUDIT REVISED 03_09.DOC

3836

Supp. App. 58

GRADING UNIT SECURITY

RECOMMENDATIONS

1.    FRONT, REAR, AND SIDE ENTRIES
      UNLOCKED DURING NON-
      OPERATING HOURS, OR THE
      KITCHEN DOOR LEFT OPEN
      WITH NO MANAGER PRESENT.
      50 PTS.

[   ]    ALL ENTRY DOORS MUST REMAIN
         LOCKED DURING NON-OPERATING HOURS.

[   ]    THE KITCHEN DOOR MUST NEVER
         REMAIN OPEN UNLESS A MANAGER IS
         PRESENT.

2.    OFFICE DOOR LEFT OPEN OR
      UNLOCKED.
      25 PTS.

[   ]    THE OFFICE DOOR SHOULD REMAIN
         CLOSED & LOCKED AT ALL TIMES.

3.    DETEX ALARM OR PANIC BAR
      NOT ARMED.
      25 PTS.        *25*

[   ]    THE DETEX ALARM OR PANIC BAR
         SHOULD BE ARMED UNLESS A MANAGER
         IS PRESENT.

4.    SAFE UNLOCKED (DAY LOCK).
      50 PTS.

[   ]    THE SAFE MUST REMAIN LOCKED
         AT ALL TIMES UNLESS A MANAGER IS
         CONDUCTING BUSINESS FROM IT.

5.    CASH IN ANY REGISTER DRAWER
      IN EXCESS OF $500 OVER
      BEGINNING BANK. CASH IN ANY
      OFFICE DRAWER IN EXCESS OF
      $500.
      50 PTS.

[   ]    CASH IN THE REGISTER DRAWER
         SHOULD BE KEPT TO A MINIMUM. CASH
         IN OFFICE DRAWER SHOULD BE KEPT TO
         A MINIMUM.

**TOTAL PTS.**        *75/C*

COMMENTS: *Back Door De Tape*

*not working*

SCALE
100-90        = A
89-80         = B
79-70         = C
69-60         = D
BELOW 60      = F

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____  7

3837

| EMPLOYEE I-9 FORMS & PROCEDURES | | RECOMMENDATIONS | |
|---|---|---|---|
| 1. | NO GM INITIALS IN THE UPPER RIGHT HAND CORNER.<br>5 PTS. EACH. | [ ] | THE GM MUST VERIFY EVERY I-9 & INITIAL IN THE UPPER RIGHT HAND CORNER. |
| 2. | EMPLOYEES WITHOUT AN I-9 ON FILE.<br>35 PTS. | [ ] | ALL EMPLOYEES HIRED AFTER 11/06/86 MUST HAVE AN I-9 ON FILE BEFORE BEGINNING WORK. |
| 3. | EMPLOYEES WITH INCOMPLETE FORMS.<br>35 PTS. | [ ] | ALL I-9'S MUST BE COMPLETED IN FULL. |
| 4. | EMPLOYEES WITH EXPIRED EMPLOYMENT AUTHORIZATION.<br>35 PTS. | [ ] | ALL INS EMPLOYMENT AUTHORIZATIONS MUST HAVE A FUTURE EXPIRATION DATE. |
| 5. | CURRENT EMPLOYEE I-9'S NOT PROPERLY RETAINED.<br>20 PTS. | [ ] | CURRENT EMPLOYEE I-9'S MUST BE RETAINED IN A 3-RING BINDER IN ALPHABETICAL ORDER. |
| 6. | TERMINATED BINDERS NOT PROPERLY RETAINED.<br>20 PTS. | [ ] | TERMINATED I-9'S MUST BE RETAINED ALPHABETICALLY IN A 3-RING BINDER, LABELED & STORED AT THE END OF EACH CALENDAR YEAR. |
| 7. | I-9 GUIDEBOOK NOT SIGNED.<br>0 PTS. | [ ] | ALL MANAGEMENT & HOURLY EMPLOYEES WHO COMPLETE I-9'S AS A REPRESENTATIVE MUST SIGN THE I-9 GUIDEBOOK. |

**TOTAL PTS.**

COMMENTS: _100%_ _____

SCALE
| 100-90 | = A |
|---|---|
| 89-80 | = B |
| 79-70 | = C |
| 69-60 | = D |
| BELOW 60 | = F |

_____

_____

_____

_____

_____

_____

_____

_____

_____ 8

AUDIT REVISED 03_09.DOC

3838

Supp. App. 60

**LICENSES, PERMITS & POSTERS**

ARE THE FOLLOWING POSTERS UP?

HUMAN RESOURCES

    5 IN 1 POSTER                           YES_____        NO_____

    SEXUAL HARASSMENT POLICY
        (FLORIDA, TEXAS, AND NEW YORK
        - SPANISH AND ENGLISH)      YES_____        NO_____

    PAYDAY LAW                     YES_____        NO_____

    STATE COMPLIANCE KIT         YES_____        NO_____

**RISK MANAGEMENT POSTERS**

    MEDICAL PROVIDER LISTING        YES_____        NO_____

    MSDS BOOK AND HAZCOMM        YES_____        NO_____

    ACCIDENT/ INCIDENT HOTLINE
    POSTER IN OFFICE             YES_____        NO_____

    MANDATORY FOOTWARE POLICY     YES_____        NO_____

    MANDATORY FLOOR MAT POLICY     YES_____        NO_____

    MANDATORYFLOOR CLEANING
    PROCEDURES POSTER (MONDAY)    YES_____        NO_____

    MANDATORY FLOOR CLEANING
    PROCEDURES POSTER
    (TUESDAY – SUNDAY)         YES_____        NO_____

    THE RIGHT TOOLS POSTER        YES_____        NO_____

    NOTICE TO EMPLOYEES CONCERNING
    WORKERS' COMPENSATION IN TEXAS   YES_____        NO_____

    NOTICE TO WORKERS' COMPENSATION
    ALL OTHER STATES           YES_____        NO_____

    TEXAS PAYDAY NOTICE (ENGLISH AND
    SPANISH)                  YES_____        NO_____

    CHOKING POSTER (ENGLISH AND
    SPANISH)                  YES_____        NO_____

9

AUDIT REVISED 03_09.DOC

ARE EMPLOYEES WEARING NON-SKID
SOLE SHOES?                              YES_____      NO_____


FLOOR CONDITION?                  EXCELLENT  GOOD   BAD   (circle one)

ARE QUEST DRUG FORMS AVAILABLE?     YES_____      NO_____

10

3840

Supp. App. 62

## Restaurant Visit Report

To: _____
From: _____
Date: _____
Subject: _____

| MANAGEMENT TEAM | YES | NO |
|---|---|---|
| 100% Table Visits by MOD | | |
| Managers and Associates use Confident Speak | | |
| Crisp, Logo Uniform, name tag | | |
| **STANDARDIZED TRAINING** | | |
| Server Training Packet used, Tests in Files | | |
| Alley Rallies happening 2x a day | | |
| Manager Meetings 1 per week, with notes | | |
| CT's for all departments, certificates hung | | |
| Flip Charts used for all training | | |
| Best Practices followed, managers carrying focus cards | | |
| **STEPS OF SERVICE HIT** | | |
| Service is friendly, all employees smiling | | |
| Steps of Service nailed | | |
| Fast Check and Change; lunch within 2 minutes | | |
| Thank You on every guest check | | |
| Server contests in place, results posted | | |
| Server scripting nailed | | |
| Leather feature tents used properly | | |
| Current PEA's posted | | |
| All menu covers pristine, enough on hand | | |
| Proper POP on all tables | | |
| **PROPER HOST GREET/SALUTATION** | | |
| Guests get a friendly greet, proper script | | |
| Guests thanked and invited to return | | |
| Proper phone greet, friendly, proper script | | |
| Brilliant restrooms, 10 minute checklist in use | | |
| **SAFETY** | | |
| Back door, office locked | | / |
| No wet floors, floor mats used | | / |

| CLEAN AND ORGANIZED | YES | NO |
|---|---|---|
| Cleaning systems, bathroom checks | | |
| Sanitation Checklist in use | / | |
| All food product is dated | / | |
| All kitchen equipment clean and good repair | / | |
| All refrigeration has working thermometer, proper temps | | |
| Proper hand washing procedures in place | / | |
| Hot box has working thermometer, at proper temp | / | |
| Lighting / music adjusted and working order | / | |
| FOH and BOH clean and good repair | / | |
| Proper water supply (hot & cold) drains work properly | / | |
| Dish machine, soap, sanitizer, and temps correct | / | |
| No food particles on clean plates and utensils | / | |
| All food bins labeled, covered and clean | / | |
| No evidence of roaches, flies, insects, or rodents | / | |
| No cross contamination of food products | / | |
| Toxic items, chemicals, labeled & stored properly | / | |
| All landscaping pristine, lights, signage working | / | |
| **AUDIT** | | |
| Employee files complete, Application, NAD, Advisor | / | |
| I-9's correct | | |
| Orientation checklist signed off by associate & GM | | |
| All servers and bartenders have proper license or cert. | / | |
| All local food handlers permits on file | | |

MOD Name _____

Inspector Name _____

**Total Score**

**Comments:**

3841

Supp. App. 63

## ALOHA RESTAURANT

TO: _Colin Kelley_

FROM: _Clayton Killingsworth_

SUBJECT: RESTAURANT AUDIT

DATE: _4-19-10_

AUDIT DATE: _4-15-10_

LAST AUDIT: _4-22-09_

cc:

THE AUDIT OF RESTAURANT # _621_ RESULTED IN A GRADE OF " _C_ " AS FOLLOWS:

☐ RESPONSE REQUIRED

RESTAURANT VISIT SCORE _N/A_

## GRADING SCHEDULE

| CATEGORIES | CURRENT AUDIT | LAST AUDIT |
|---|---|---|
| 1. DEPOSITS | A | F |
| 2. ALOHA SECURITY | A | |
| 3. RESTAURANT ACCOUNTING | A | A |
| 4. SERVER CHECKOUTS & TIP SHARE | A | B |
| 5. ADMINISTRATIVE PROCEDURES | F | A |
| 6. LIQUOR REPORTS | F | A |
| 7. UNIT SECURITY | C | A |
| 8. I-9's | F | B |
| OVERALL GRADE | C 2.25 | A |
| | | B |

OVERALL GRADING SCALE

| | | | |
|---|---|---|---|
| 3.5 | - | 4.0 | = A |
| 3.0 | - | 3.49 | = B |
| 2.0 | - | 2.99 | = C |
| 1.0 | - | 1.99 | = D |
| 0.0 | - | .99 | = F |

Area Supervisor _NICK GARVEY_

### CRITICAL FOUR RESULTS

| Category | Grade |
|---|---|
| Edit Punch | A |
| Admin. Files | F |
| Liq. Permits | F |
| I-9's | F |

AUDIT REVISED 02_10.DOC

EXHIBIT

D

3842

**GRADING DEPOSITS**

**RECOMMENDATIONS**

1.  DEPOSIT SLIP NOT VERIFIED
    WITH TWO MANAGER'S INITIALS.
    5 PTS. EACH  (25 PTS. MAX)

    [   ]   THE DEPOSIT SHOULD BE VERIFIED
    BY BOTH THE CLOSING & THE OPENING
    MANAGERS & BOTH SHOULD INITIAL THE
    DEPOSIT SLIP.

2.  DEPOSIT SLIPS & ARMORED CAR
    RECEIPTS NOT RETAINED 3
    PERIODS.
    5 PTS. EACH  (25 PTS. MAX)

    [   ]   THE RETENTION PERIOD FOR
    DEPOSIT SLIPS & ARMORED CAR RECEIPTS
    IS THREE FULL PERIODS.  THEY SHOULD BE
    KEPT SEPARATELY IN DATE ORDER.

3.  DEPOSIT ACCURACY
    25 PTS.

    [   ]   ALL DEPOSITS MUST BE ACCURATE.
    NO DEPOSIT MAY BE "ROUNDED OFF". ALL CURRENCY,
    COIN AND CHECKS MUST BE LISTED SEPERATELY.

4.  LATE DEPOSITS
    1 LATE = 10 PTS
    2 LATE = 20 PTS
    3 LATE = 50 PTS

    [   ]   DEPOSITS ARE TO BE MADE DAILY PRIOR
    TO 2:00PM.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

1

**TOTAL PTS.**

SCALE
100-90        = A
89-80         = B
79-70         = C
69-60         = D
BELOW 60      = F

AUDIT REVISED 02_10.DOC

3843

Supp. App. 65

## GRADING ALOHA SECURITY

1. MANAGERS NOT USING
   SWIPE CARDS AT TERMINALS.
   40 PTS.

2. MUST USE MAG CARD BOX
   BOX – NOT CHECKED.
   10 PTS EACH. (40 PTS. MAX)

3. CREDIT CARD BATCHES NOT
   SETTLED ON A DAILY BASIS.
   25 PTS. EACH

4. ALOHA EMPLOYEE ACCESS
   20 PTS.

## RECOMMENDATIONS

[   ]   SWIPE CARDS MUST BE USED AS A
        SECURITY MEASURE AGAINST THEFT.

[   ]   ALL EMPLOYEES WHO HAVE ACCESS
        TO THE ALOHA SYSTEM MUST USE MAG CARDS
        WHEN ACCESSING THE ALOHA SYSTEM.

[   ]   CREDIT CARD BATCHED MUST BE
        SETTLED AT THE END OF EACH DAY'S
        BUSINESS.

[   ]   ALOHA EMPLOYEE ACCESS LIST
        MUST BE CURRENT AND MATCH THE ACTIVE EMPLOYEE
        ROSTER.

### TOTAL PTS.

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____       2

AUDIT REVISED 02_10.DOC

3844

RESTAURANT ACCOUNTING

RECOMMENDATIONS

DAILY ENVELOPES
MUST INCLUDE:

ALL DAILY ENVELOPES MUST BE
SUBMITTED TO THE CORPORTATE OFFICE.

- 5 PTS EA.   CREDIT CARD SLIPS AND
EDC TRANSACTION
REPORT

[    ]   THE EDC REPORT MUST BE RUN FOR
THE CORRECT DAY'S BUSINESS & PLACED
IN THE DAILY ENVELOPE.

- 5 PTS EA.   GIFT CERTIFICATES NOT
VOIDED AT THE TIME
OF REDEMPTION

[    ]   ALL OFF LINE GIFT CERTIFICATES AND VIP
CARDS SHOULD BE VOIDED AT THE TIME OF
REDEMPTION.

- 10 PTS EA.  DOCUMENTS/RECEIPTS FOR
ALL CASH PAIDOUTS

[    ]   SUPPORTING DOCUMENTATION
MUST BE INCLUDED IN THE DSR.

_____PTS.

COMMENTS: _____

**TOTAL PTS.**

SCALE
100-90        = A
89-80         = B
79-70         = C
69-60         = D
BELOW 60      = F

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3

AUDIT REVISED 02_10.DOC

**SERVER CHECKOUT, TIP SHARE &
EDITED PUNCHES**

**RECOMMENDATIONS**

1. INFORMATION ON CHECKOUT
REPORT IS COMPLETE AND
INCLUDES:  ALL CREDIT CARD
RECEIPTS, ALL GIFT CERTIFICATES
AND PROMOTIONAL COUPONS,
AND CASH RECEIVED FROM SERVER.
35 PTS.

[   ] SERVER CHECKOUTS ARE
PERFORMED EACH SHIFT AND REQUIRES
MANAGEMENT TO VERIFY SUPPORTING
DOCUMENTS PERTAINING TO CHECKOUT
SHEET.

2. SERVER CHECKOUT REPORT
SIGNED BY MANAGEMENT &
RETAINED 3 PERIODS.
30 PTS.

[   ] CORPORATE POLICY STATES THAT
SERVER CHECKOUTS BE RETAINED FOR
THREE PERIODS AND SIGNED BY
MANAGEMENT.

3. TIP SHARE CALCULATION
SHEET RETAINED 3 PERIODS.
25 PTS.

[   ] TIP SHARE CALCULATION SHEET
MUST BE RETAINED FOR 3 PERIODS.

4. TIP TRAC

[   ] ALL EMPLOYEES MUST SIGN TRAC
REPORT WHEN RECEIVING PAYROLL CHECK.
MANAGER WILL DOCUMENT AND COUNSEL
THE (2) EMPLOYEES WITH THE LOWEST CASH
TIP %.

5. EDITED PUNCH LIST NOT RETAINED
FOR 3 YEARS AND NOT SIGNED
BY EMPLOYEE AND MANAGER.
50 PTS.

[   ] THE EDITED PUNCH LIST MUST BE
SIGNED BY THE EMPLOYEE WHO'S TIME
IS BEING ADJUSTED AND MANAGER &
RETAINED 3 YEARS.

6. EDITED PUNCH ACCURACY REVIEW
20 PTS. PER OCCURANCE

[   ] EDITED PUNCH LIST MUST REFLECT
ACCURATE JOB CODE, TIME IN/OUT, RATE
OF PAY, AND TIP DECLARATION.

7. PAYROLL CHECKS NOT DISTRIBUTED
WITHIN TWO PAY PERIODS OR
RETURNED TO PAYROLL.
25 PTS.

[   ] PAYROLL CHECKS MUST BE
DISTRIBUTED WITHIN TWO PAY PERIODS
OR RETURNED TO PAYROLL IN THE
ENVELOPE PROVIDED.

COMMENTS: _____

**TOTAL PTS.**

_____

SCALE
100-90      = A
89-80       = B
79-70       = C
69-60       = D
BELOW 60    = F

_____

_____

_____

_____

_____

_____

_____

_____

4

AUDIT REVISED 02_10.DOC

| GRADING ADMINISTRATIVE PROCEDURES | RECOMMENDATIONS |
|---|---|

1.   EMPLOYEE FILES SHOULD INCLUDE THE FOLLOWING:

EMPLOYEE FILES MUST INCLUDE ALL OF THE FOLLOWING DOCUMENTS COMPLETED:

- ORIENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

  - ORENTATION CHECKLIST SIGNED BY THE EMPLOYEE AND MANAGEMENT

- ASSOCIATE APPLICATION FOR EMPLOYMENT

  - ASSOCIATE APPLICATION FOR EMPLOYMENT

- DRUG & ALCOHOL FREE WORKPLACE POLICY

  - DRUG & ALCOHOL FREE WORKPLACE POLICY

- SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

  - SEXUAL HARASSMENT POLICY AGREEMENT & ZERO TOLERANCE OF SEXUAL HARASSMENT

- HAZARD COMMUNICATION TRAINING

  - HAZARD COMMUNICATION TRAINING

- TIP REPORTING ACKNOWLEDGEMENT

  - TIP REPORTING ACKNOWLEDGEMENT

- BLOODBORNE PATHOGENS POLICY

  - BLOODBORNE PATHOGENS POLICY

- ASSOCIATE CONDITIONS OF EMPLOYMENT

  - ASSOCIATE CONDITIONS OF EMPLOYMENT

ONE POINT FOR EACH PERCENTAGE POINT.
_30_ PTS.

2.   EMPLOYEE FILES NOT RETAINED FOR 3 FULL YEARS FROM TERMINATION.
50 PTS.   ✓

[  ] RETENTION FOR EMPLOYEE FILES IS 3 FULL YEARS FROM TERMINATION.

3.   SERVER TRAINING PACKETS & SCORED EMPLOYEE TESTS

[  ] SERVER TRAINING PACKETS COMPLETED AND MAINTAINED IN THE EMPLOYEE FILE.
[  ] EMPLOYEE TESTS RETAINED IN EMPLOYEE FILE.

25 PTS FOR EACH OCCURRENCE

4.   APPLICANTS' INTERVIEW & TRACKING FORMS.

[  ] APPLICANTS' INTERVIEW & TRACKING FORMS MAINTAINED IN THE EMPLOYEE FILE.
[  ] EMPLOYEE TESTS RETAINED IN EMPLOYEE FILE.

(25)
(30)

25 PTS FOR EACH OCCURRENCE

**TOTAL PTS.**   (55)

SCALE
100-90    = A
89-80     = B
79-70     = C
69-60     = D
BELOW 60  = F

COMMENTS: _Six Emps with no_
_Arbitration Agreement_
_one no Tracking form_
_one no forms and signature._

AUDIT REVISED 02_10.DOC

5

**GRADING LIQUOR REPORTS**                **RECOMMENDATIONS**

1.  LIQUOR, BEER, & WINE           [  ]  LIQUOR, BEER, & WINE INVOICES
    INVOICES NOT RETAINED FOR AT          ARE TO BE RETAINED A MINIMUM OF
    LEAST TWO YEARS (TEXAS = FOUR         TWO YEARS (TEXAS = FOUR YEARS).
    YEARS).
    30 PTS.

2.  EMPLOYEES WITHOUT LIQUOR       [X]   IN THOSE RESTAURANTS WHERE
    PERMITS.                               IT IS A REQUIREMENT, ALL SERVERS &
    PASS/FAIL                              BARTENDERS ARE REQUIRED TO HAVE
                                           A LIQUOR PERMIT.

### TEXAS ONLY

1.  PMIX RETAINED FOR AT LEAST     [  ]  PMIX REPORTS ARE TO BE
    FOUR YEARS.                            RETAINED A MINIMUM OF FOUR YEARS
    30 PTS.

2.  POOL FUND NOT COMPLETED IN     [  ]  THE POOL FUND LOG IS TO BE
    FULL & RETAINED FOUR YEARS.            FULLY COMPLETED & RETAINED FOUR
    *This includes Pool Fund Financials from Corporate*   YEARS (TEXAS PRIVATE CLUB ONLY).
    *Office and the Manual Calculation done by store*
    *Manager.*
    (TEXAS PRIVATE CLUB ONLY).
    30 PTS.

3.  30% REPLACEMENT STAMP NOT      [  ]  THE 30% REPLACEMENT STAMP
    USED ON PMIX REPORT OR BAR             IS TO BE USED ON ALL PMIX REPORTS OR
    TAPE (TEXAS PRIVATE CLUB               BAR JOURNALS IN TEXAS PRIVATE
    ONLY).                                 CLUBS.
    10 PTS.

4.  "FELONY FOR WEAPONS POSTER"    [  ]  IN ORDER TO SATISFY TABC
    AND "TABC HOTLINE" POSTERS             REQUIREMENTS, BOTH POSTERS MUST
    IN BAR AREA OF ALL TEXAS               BE POSTED IN THE BAR AREA OF ALL TEXAS
    RESTAURANTS.                           RESTAURANTS.
    YES          NO

5.  EMPLOYEES MUST HAVE TABC       [  ]  EMPLOYEES MUST HAVE TABC
    CERTIFICATION WITHIN 30 DAYS           CERTIFICATION WITHIN 30 DAYS OF HIRE
    OF HIRE.
    50 PTS.

6.  TABC LIQUOR STAMP              [  ]  ALL LIQUOR BOTTLES MUST HAVE
    20 PTS.                                A TABC LIQUOR STAMP.

7.  LIQUOR CHECKS NOT RETAINED     [  ]  LIQUOR CHECKS MUST BE RETAINED
    FOR A PERIOD OF ONE (1)YEAR.           FOR A PERIOD OF ONE (1) YEAR.
    25 PTS.

### TOTAL PTS.

COMMENTS: _GM Colin Kelley_

_No TABC Permit._

| SCALE | | |
|-------|---|---|
| 100-90 | = | A |
| 89-80 | = | B |
| 79-70 | = | C |
| 69-60 | = | D |
| BELOW 60 | = | F |

6

AUDIT REVISED 02_10.DOC

3848

**GRADING UNIT SECURITY**

**RECOMMENDATIONS**

1. FRONT, REAR, AND SIDE ENTRIES UNLOCKED DURING NON-OPERATING HOURS, OR THE KITCHEN DOOR LEFT OPEN WITH NO MANAGER PRESENT. 50 PTS.

[   ] ALL ENTRY DOORS MUST REMAIN LOCKED DURING NON-OPERATING HOURS.

[   ] THE KITCHEN DOOR MUST NEVER REMAIN OPEN UNLESS A MANAGER IS PRESENT.

2. OFFICE DOOR LEFT OPEN OR UNLOCKED. 25 PTS.

[   ] THE OFFICE DOOR SHOULD REMAIN CLOSED & LOCKED AT ALL TIMES.

3. DETEX ALARM OR PANIC BAR NOT ARMED. 25 PTS.

[X] THE DETEX ALARM OR PANIC BAR SHOULD BE ARMED UNLESS A MANAGER IS PRESENT.

*[ 25 ]*

4. SAFE UNLOCKED (DAY LOCK). 50 PTS.

[   ] THE SAFE MUST REMAIN LOCKED AT ALL TIMES UNLESS A MANAGER IS CONDUCTING BUSINESS FROM IT.

5. CASH IN ANY REGISTER DRAWER IN EXCESS OF $500 OVER BEGINNING BANK. CASH IN ANY OFFICE DRAWER IN EXCESS OF $500. 50 PTS.

[   ] CASH IN THE REGISTER DRAWER SHOULD BE KEPT TO A MINIMUM. CASH IN OFFICE DRAWER SHOULD BE KEPT TO A MINIMUM.

**TOTAL PTS.**

SCALE
100-90     = A
89-80      = B
79-70      = C
69-60      = D
BELOW 60   = F

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

AUDIT REVISED 02_10.DOC

3849

Supp. App. 71

## EMPLOYEE I-9 FORMS & PROCEDURES

1. NO GM INITIALS IN THE UPPER RIGHT HAND CORNER. 5 PTS. EACH.

2. EMPLOYEES WITHOUT AN I-9 ON FILE. 50 PTS.

3. EMPLOYEES WITH INCOMPLETE FORMS. 35 PTS.

4. EMPLOYEES WITH EXPIRED EMPLOYMENT AUTHORIZATION. 35 PTS.

5. CURRENT EMPLOYEE I-9'S NOT PROPERLY RETAINED. 20 PTS.

6. TERMINATED BINDERS NOT PROPERLY RETAINED. 20 PTS.

7. I-9 GUIDEBOOK NOT SIGNED. 0 PTS.

### TOTAL PTS.

| SCALE | | |
|-------|---|---|
| 100-90 | = | A |
| 89-80 | = | B |
| 79-70 | = | C |
| 69-60 | = | D |
| BELOW 60 | = | F |

## RECOMMENDATIONS

[  ]   THE GM MUST VERIFY EVERY I-9 & INITIAL IN THE UPPER RIGHT HAND CORNER.

[  ]   ALL EMPLOYEES HIRED AFTER 11/06/86 MUST HAVE AN I-9 ON FILE BEFORE BEGINNING WORK.

[X]   ALL I-9'S MUST BE COMPLETED IN FULL.

[X]   ALL INS EMPLOYMENT AUTHORIZATIONS MUST HAVE A FUTURE EXPIRATION DATE.

[  ]   CURRENT EMPLOYEE I-9'S MUST BE RETAINED IN A 3-RING BINDER IN ALPHABETICAL ORDER.

[  ]   TERMINATED I-9'S MUST BE RETAINED ALPHABETICALLY IN A 3-RING BINDER, LABELED & STORED AT THE END OF EACH CALENDAR YEAR.

[  ]   ALL MANAGEMENT & HOURLY EMPLOYEES WHO COMPLETE I-9'S AS A REPRESENTATIVE MUST SIGN THE I-9 GUIDEBOOK.

COMMENTS: *Two Employees Sandoval Felix and Hernandez Arelis have Expired Resident Alien Cards*

*Two Term Employees with no document listed on I9s.*

8

AUDIT REVISED 02_10.DOC

3850

**LICENSES, PERMITS & POSTERS**

ARE THE FOLLOWING POSTERS UP?

HUMAN RESOURCES

    5 IN 1 POSTER                               YES_____        NO_____

    SEXUAL HARASSMENT POLICY
        (FLORIDA, TEXAS, AND NEW YORK
        - SPANISH AND ENGLISH)          YES_____        NO_____

    PAYDAY LAW                           YES_____        NO_____

    STATE COMPLIANCE KIT           YES_____        NO_____

**RISK MANAGEMENT POSTERS**

    MEDICAL PROVIDER LISTING         YES_____        NO_____

    MSDS BOOK AND HAZCOMM         YES_____        NO_____

    ACCIDENT/ INCIDENT HOTLINE
    POSTER IN OFFICE                  YES_____        NO_____

    MANDATORY FOOTWARE POLICY      YES_____        NO_____

    MANDATORY FLOOR MAT POLICY      YES_____        NO_____

    MANDATORYFLOOR CLEANING
    PROCEDURES POSTER (MONDAY)      YES_____        NO_____

    MANDATORY FLOOR CLEANING
    PROCEDURES POSTER
    (TUESDAY – SUNDAY)                 YES_____        NO_____

    THE RIGHT TOOLS POSTER          YES_____        NO_____

    NOTICE TO EMPLOYEES CONCERNING
    WORKERS' COMPENSATION IN TEXAS    YES_____        NO_____

    NOTICE TO WORKERS' COMPENSATION
    ALL OTHER STATES               YES_____ N/A     NO_____

    TEXAS PAYDAY NOTICE (ENGLISH AND
    SPANISH)                         YES_____        NO_____

    CHOKING POSTER (ENGLISH AND
    SPANISH)                         YES_____        NO_____

9

AUDIT REVISED 02_10.DOC

ARE EMPLOYEES WEARING NON-SKID
SOLE SHOES?                          YES_____      NO_____

FLOOR CONDITION?                     EXCELLENT   GOOD    BAD   (circle one)

ARE QUEST DRUG FORMS AVAILABLE?      YES_____      NO_____

10

AUDIT REVISED 02_10.DOC

3852

Supp. App. 74

# Restaurant Visit Report

To: _____
From: _____
Date: _____
Subject: _____

| MANAGEMENT TEAM | YES | NO |
|---|---|---|
| 100% Table Visits by MOD | | |
| Managers and Associates use Confident Speak | | |
| Crisp, Logo Uniform, name tag | | |
| STANDARDIZED TRAINING | | |
| Server Training Packet used, Tests in Files | | |
| Alley Rallies happening 2x a day | | |
| Manager Meetings 1 per week, with notes | | |
| CT's for all departments, certificates hung | | |
| Flip Charts used for all training | | |
| Best Practices followed, managers carrying focus cards | | |
| STEPS OF SERVICE HIT | | |
| Service is friendly, all employees smiling | | |
| Steps of Service nailed | | |
| Fast Check and Change; lunch within 2 minutes | | |
| Thank You on every guest check | | |
| Server contests in place, results posted | | |
| Server scripting nailed | | |
| Leather feature tents used properly | | |
| Current PEA's posted | | |
| All menu covers pristine, enough on hand | | |
| Proper POP on all tables | | |
| PROPER HOST GREET/SALUTATION | | |
| Guests get a friendly greet, proper script | | |
| Guests thanked and invited to return | | |
| Proper phone greet, friendly, proper script | | |
| Brilliant restrooms, 10 minute checklist in use | | |
| SAFETY | | |
| Back door, office locked | | |
| No wet floors, floor mats used | | |

| CLEAN AND ORGANIZED | YES | NO |
|---|---|---|
| Cleaning systems, bathroom checks | | |
| Sanitation Checklist in use | | ✓ |
| All food product is dated | | |
| All kitchen equipment clean and good repair | | |
| All refrigeration has working thermometer, proper temps | | |
| Proper hand washing procedures in place | | |
| Hot box has working thermometer, at proper temp | | |
| Lighting / music adjusted and working order | | |
| FOH and BOH clean and good repair | | |
| Proper water supply (hot & cold) drains work properly | | |
| Dish machine, soap, sanitizer, and temps correct | | |
| No food particles on clean plates and utensils | | |
| All food bins labeled, covered and clean | | |
| No evidence of roaches, flies, insects, or rodents | | |
| No cross contamination of food products | | |
| Toxic items, chemicals, labeled & stored properly | | |
| All landscaping pristine, lights, signage working | | |
| AUDIT | | |
| Employee files complete, Application, NAD, Advisor | | |
| I-9's correct | | |
| Orientation checklist signed off by associate & GM | | |
| All servers and bartenders have proper license or cert. | | |
| All local food handlers permits on file | | |

MOD Name _____

Inspector Name _____

Total Score _____

Comments: _____
_____